UNITED STATES DISTRICTCOURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : C.A. No. 00-35L
:
FAIRWAY CAPITAL CORPORATION :

**MOTION FOR EXPEDITED DETERMINATION AND SHORTENED RESPONSE TIME**

Now comes Joseph M. DiOrio, Chapter 7 Trustee (the "Trustee"), the duly appointed Chapter 7 Trustee of Arnold Kilberg (the "Debtor"), in that proceeding identified as Case No. 04-10632-ANV, pending before in the United States Bankruptcy Court for the District of Rhode Island and hereby moves this Court for expedited determination and shortened response time with respect to the to the Trustee's Motion to Lift the Judicial Stay.

The Trustee respectfully requests that the Court order a shortened response time with respect to this motion of five days. The Trustee also respectfully requests an expedited determination so that the Trustee may appear on this matter and in Superior Court, in support of the Motion to Compel Receiver to Pay Real Estate Taxes, before June 30, 2005. In support hereof, the Trustee has submitted a memorandum contemporaneously herewith .

Respectfully submitted,

JOSEPH M. DIORIO,
Chapter 7 Trustee of Arnold Kilberg

Joseph M. DiOrio (#2616)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, Rhode Island 02903
Tel: (401) 632-0911
Fax: (401) 632-0751

Dated: June 8, 2005

**UNITED STATES DISTRICTCOURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **C.A. No. 00-35L** |
| | : | |
| **FAIRWAY CAPITAL CORPORATION** | : | |

**MEMORANDUM IN SUPPORT OF MOTION**
**FOR EXPEDITED DETERMINATION**
**AND SHORTENED RESPONSE TIME**

In support of his Motion for Expedited Determination and Shortened Response time, Joseph M. DiOrio, the Chapter 7 Trustee (the "Trustee"), of Arnold Kilberg (the "Debtor"), states as follows:

The Trustee, in a Motion to Lift the Judicial Stay, has requested that this Court lift the judicial stay imposed by this Court's Order entered on March 13, 2000. The Trustee has requested that the stay be lifted for the limited purpose of allowing the Trustee to commence proceedings to compel Joseph Ferrucci, (the "Receiver"), the state-appointed receiver of Hamlet Properties, LLC ("Hamlet"), Rosedale Properties, LLC ("Rosedale") and Governor Financial Center, LLC ("Governor Financial") to pay real estate taxes in relation to Units 8 and 9 of the Washington Condominium (collectively known as "the Units") owned by Hamlet. The Receiver should not be prejudiced because a draft of the Motion to Lift the Judicial Stay was sent via electronic mail to the Receiver on June 6, 2005.

Hamlet, Rosedale, Governor Financial, the Debtor and others are parties to the so-called Anjoorian Settlement Agreement (the "Settlement Agreement") dated November

18, 2002. Pursuant to the authorization of the Bankruptcy Court and the Rhode Island Superior Court, the Settlement Agreement has been consummated. The Rhode Island Superior Court authorized the Receiver to perform under the Settlement Agreement pursuant to his Motion to Approve the Settlement Agreement, which was granted on February 17, 2004.

In order to close the settlement, the Trustee agreed to have the Anjoorian attorney hold approximately $30,000 in escrow for thirty days, to assure that taxes may be paid on the Units. The funds will be retained until June 30, 2005. Hamlet held title to the Units, and pursuant to the Settlement Agreement, it was the Receiver's responsibility to deliver title free and clear and pay the necessary taxes. Hamlet did not have funds available to pay unpaid real estate taxes.

The Trustee respectfully requests that this Court order a shortened response time with respect to the Motion to Lift the Judicial Stay, in the amount of five days, as opposed to the traditional ten day period as prescribed by Local Rule 12(a)(2). The Trustee also respectfully requests an expedited determination, so that the Trustee may appear in this matter and in Superior Court, in support of the Motion to Compel Receiver to Pay Real Estate Taxes, before June 30, 2005, at which time the escrow will expire.

Based upon the foregoing, the Trustee would request that this Court grant his Motion for Expedited Determination and Shortened Response Time.

Respectfully submitted,

JOSEPH M. DIORIO,
Chapter 7 Trustee of Arnold Kilberg

Joseph M. DiOrio (#2616)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, Rhode Island 02903
Tel: (401) 632-0911
Fax: (401) 632-0751

Dated: June 8, 2005