UNITED STATES DISTRICTCOURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FAIRWAY CAPITAL CORPORATION | :<br>:<br>:<br>:<br>: | C.A. No. 00-35L |

## MOTION FOR EXPEDITED DETERMINATION AND SHORTENED RESPONSE TIME

Now comes Joseph M. DiOrio, Chapter 7 Trustee (the "Trustee"), the duly appointed Chapter 7 Trustee of Arnold Kilberg (the "Debtor"), in that proceeding identified as Case No. 04-10632-ANV, pending before in the United States Bankruptcy Court for the District of Rhode Island and hereby moves this Court for expedited determination and shortened response time with respect to the to the Trustee's Motion to Lift the Judicial Stay.

The Trustee respectfully requests that the Court order a shortened response time with respect to this motion of five days. The Trustee also respectfully requests an expedited determination so that the Trustee may appear on this matter and in Superior Court, in support of the Motion to Compel Receiver to Pay Real Estate Taxes, before June 30, 2005. In support hereof, the Trustee has submitted a memorandum contemporaneously herewith .

Granted but this Court will not be available to hear this matter until July 6, 2005 at 10:AM;

Ronald R. Lagueux
Sr. USDJ 6/14/05