COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>FAIRWAY CAPITAL CORPORATION<br>Defendant. | Civil Case No. 00-035L |

**MOTION TO EXCEED PAGE LIMITATIONS**

The United States Small Business Administration as Receiver ("the Receiver") for Moneta Capital Corporation hereby moves this Court for leave to exceed the ten-page limit on Appendices and/or Exhibits set forth in this Court's General Order #2002-01.

As grounds for this motion, the Receiver states that it will soon file a Motion To Lift the Judicial Stay relative to seeking payment of a claim in the State Court Receivership of Governor Financial Center, LLC and to seek abandonment of certain property in the State Court Receivership of Northeast Capital Corporation. The Receiver intends to file an affidavit and exhibits to support its Motion, which will exceed the page limitation contained in the Court's General Order.

WHEREFORE, the Receiver respectfully requests that the Court permit it to file such Appendices and/or Exhibit in excess of the ten-page limit set forth in General Order #2002-01.

Granted: Ronald R. Lagueux
Sr. USDJ 6/14/05