**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **C.A. NO. 00-035L** |
| **FAIRWAY CAPITAL CORPORATION** | ) | |
| **Defendant.** | ) | |

**MOTION FOR LEAVE TO FILE OBJECTION**

United States Small Business Administration as Receiver for Fairway Capital Corporation (the "Receiver") hereby moves for leave to file an objection out of time to the Kilberg Trustee's Motion for Lift of Stay. On June 8, 2005, Joseph M. DiOrio, Chapter 7 Trustee ("Trustee") filed a Motion to Lift the Judicial Stay in this action. That Motion was served on the Receiver's counsel by mail. At the same time the Trustee filed its Motion to Lift Stay, he also filed a Motion for Expedited Determination and Shorten Response Time. In that Motion, he requested this Court to hear the Motion to Lift Stay prior to June 30, 2005 and to shorten the response time to five days.

In an Order dated June 14, 2005, this Court granted the Trustee's Motion for Expedited Determination in part. The Court granted the request for a shortened response time but denied the request for a hearing before June 30, 2005. In light of the fact that the hearing in this matter is not scheduled to take place until on or after July 6, 2005, and because the Receiver has an Objection to the proposed lift of stay, the Receiver respectfully requests that the Court grant it leave to file its objection at this time.

Respectfully submitted,

U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for Fairway Capital Corporation

By: Thomas W. Rigby so

THOMAS W. RIGBY
(VA Bar No. 34663; DC Bar No. 463532)
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416
Telephone: (202) 619-1610
Facsimile: (202) 205-7154
Attorney for the Receiver

Stacey P. Nakasian, Esq.
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

Dated: 6/23/05

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2005, copies of the foregoing ***Receiver's Motion for Leave to File Objection*** was served by first class mail, postage prepaid, upon the following persons at their last known address indicated hereon.

Lisa Dinerman, Esq.
Assistant United States Attorney
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

Allan E. Hanson, Esq.
District Counsel
SBA Providence District Office
380 Westminster Mall, 5th Floor
Providence, Rhode Island 02903

Arlene P. Messinger, Esq.
Assistant General Counsel/SBIC Enforcement
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

Robert Corrente, Esq.
Christopher Bush, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903

C. Scott Summer, Esq.
Joseph L. DeCaporale, Esq.
Montaquila & Summer, P.C.
400 Reservoir Avenue
Providence, Rhode Island 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, Rhode Island 02906

Frank D. Kirby, Esq.
Douglas J. Gervolino, Esq.
Kirby & Marullo
314 West Second Street
South Boston, Massachusetts 02127

K. Joseph Shekarchi, Esq.

33 College Hill Road, Suite 15e
Warwick, Rhode Island 02886

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, Rhode Island 02906

Arnold Kilberg, pro se
Kilberg & Associates
642 Blackstone Blvd.
Providence, RI 02906

Craig M. Scott, Esq.
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, Rhode Island 02888

Jeffrey H. Gladstone, Esq.
Robert K. Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, Rhode Island 02903

Thomas E. Carlotto, Esq.
Michael W. Carroll, Esq.
Schechtman, Halperin, Savage, LLP
86 Weybosset Street
Providence, Rhode Island 02903

Jeffrey S. Brenner, Esq.
Nixon Peabody, LLP
One Citizens Plaza, 7th Floor
Providence, Rhode Island 02903

Joan Kilberg
642 Blackstone Blvd.
Providence, RI 02906

With copies to:

Joseph M. DiOrio, Esq.
As Chapter 11 Trustee
Holland and Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Joseph P. Ferrucci, Esq.
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Ronald Markoff, Esq.
Law Offices of Ronald Markoff
55 Pine Street, 3rd Floor
Providence, RI 02903

Theodore Orson, Esq.
55 Dorrance Street, Suite 400
Providence, RI 02903

Richard R. Beretta, Esq.
Maria J. Goncalves, Esq.
Adler, Pollock & Sheehan, P.C.
2300 Financial Plaza
Providence, RI 02903

Leonard DePasquale, Esq.
United States Trustee
United States Trustee's Office
10 Dorrance Street, Room 910
Providence, RI 02903

Wayne M. Kezirian, Esq.
Gaebe & Kezirian
128 Dorrance Street
Providence, RI 02903

Adam C. Robitaille, Esq.
Roberts, Carroll Feldstein & Pierce
Ten Weybosset Street
Providence, RI 02903

Richard Gemma, Esq.
MacAdams & Wieck
101 Dyer Street
Providence, RI 02903

Patrick T. Conley, Esq.
1445 Wampanoag Trail, Suite 203
East Providence, RI 02915

Neal J. McNamara, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903

Arlene M. Embrey, Esq.
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

Karen Davidson, Esq.
One Ship Street
Providence, Rhode Island 02903

Stephen A. Rodio, Esq.
Rodio & Brown, Ltd.
91 Friendship Street
Providence, Rhode Island 02903

Everett A. Petronio, Sr., Esq.
Law Offices of Everett A. Petronio, Inc.
1239 Hartford Avenue
P.O. Box 19040
Johnston, Rhode Island 02919

Cheryl Lynn Kilberg
2766 North Greenwood Avenue
Arlington Heights, Illinois 60004

Gary Dale Kilberg
90 Irving Avenue
Providence, Rhode Island 02906

Jennifer Leigh Kilberg
933 Watkins Street, N.W., Suite C
Atlanta, GA 30318

Merrill J. Friedmann, Esq.
Wallick & Associates
51 Jefferson Boulevard, 5th Floor
Warwick, RI 02888

Robert E. Bollengier, Esq.
Stephen Browning House
In the Village of Apponaug
3214 Post Road
P.O. Box 7617
Warwick, RI 02887

Brian S. Stern
Principal Agent for the Receiver
SBA, as Receiver for Fairway Capital Corp.
666 Eleventh St., N.W. - Suite 200
Washington, DC 20001

Kevin D. Heitke, Esq.
1452 Broncos Highway, Suite 203
P.O. Box 556
Harrisville, RI 02830-0556

USSBA\Fairway\Pleadings\USDC 00-035 (USSBA-Fairway)\Memo re Obj Trustees Motion Lift Stay 06-21-05