**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FAIRWAY CAPITAL CORPORATION**<br><br>**Defendant.** | **C.A. NO. 00-035L** |

**RECEIVER'S OBJECTION TO THE TRUSTEE'S**
**MOTION TO LIFT THE JUDICIAL STAY**

The United States Small Business Administration, as Receiver for Fairway Capital Corporation ("Fairway"), hereby objects to the Motion to Lift Judicial Stay filed by Joseph M. DiOrio, Chapter 7 Trustee ("Trustee") of Arnold Kilberg ("Kilberg"). The Trustee is seeking to lift the stay in order to seek to compel the State appointed Receiver of Rosedale Properties, LLC and Governor Financial Center, LLC to pay a tax obligation owed by a separate entity, Hamlet Properties, LLC. The Trustee wants to use the well established alter-ego theory to require one or both of those Kilberg entities to pay Hamlet's tax liability. However, the Trustee stands in the shoes of Kilberg, who cannot himself utilize that theory. If anyone should have to pay the taxes other than Hamlet, it should be the Trustee because the Kilberg bankruptcy estate has adequate funds to do so, it will benefit significantly from the payment of those taxes, and Arnold Kilberg was the individual who obligated Hamlet to convey clear title.

The Receiver respectfully refers to the accompanying memorandum in further support of this objection.

Respectfully submitted,

U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for Fairway Capital Corporation

By: Thomas W. Rigby sen
THOMAS W. RIGBY
(VA Bar No. 34663; DC Bar No. 463532)
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416

Telephone: (202) 619-1610
Facsimile: (202) 205-7154

Attorney for the Receiver

Stacey P. Nakasian, Esq.
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

Dated: 6/23/05

CERTIFICATE OF SERVICE

I hereby certify that on this 23 day of June, 2005, copies of the foregoing ***Receiver's Objection to the Trustee's Motion to Lift the Judicial Stay*** was served by first class mail, postage prepaid, upon the following persons at their last known address indicated hereon.

Lisa Dinerman, Esq.
Assistant United States Attorney
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

Allan E. Hanson, Esq.
District Counsel
SBA Providence District Office
380 Westminster Mall, 5th Floor
Providence, Rhode Island 02903

Arlene P. Messinger, Esq.
Assistant General Counsel/SBIC Enforcement
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

Robert Corrente, Esq.
Christopher Bush, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903

C. Scott Summer, Esq.
Joseph L. DeCaporale, Esq.
Montaquila & Summer, P.C.
400 Reservoir Avenue
Providence, Rhode Island 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, Rhode Island 02906

Frank D. Kirby, Esq.
Douglas J. Gervolino, Esq.
Kirby & Marullo
314 West Second Street
South Boston, Massachusetts 02127

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15e
Warwick, Rhode Island 02886

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, Rhode Island 02906

Arnold Kilberg, pro se
Kilberg & Associates
642 Blackstone Blvd.
Providence, RI 02906

Craig M. Scott, Esq.
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, Rhode Island 02888

Jeffrey H. Gladstone, Esq.
Robert K. Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, Rhode Island 02903

Thomas E. Carlotto, Esq.
Michael W. Carroll, Esq.
Schechtman, Halperin, Savage, LLP
86 Weybosset Street
Providence, Rhode Island 02903

Jeffrey S. Brenner, Esq.
Nixon Peabody, LLP
One Citizens Plaza, 7th Floor
Providence, Rhode Island 02903

Joan Kilberg
642 Blackstone Blvd.
Providence, RI 02906

With copies to:

Joseph M. DiOrio, Esq.
As Chapter 11 Trustee
Holland and Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Joseph P. Ferrucci, Esq.
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Ronald Markoff, Esq.
Law Offices of Ronald Markoff
55 Pine Street, 3rd Floor
Providence, RI 02903

Theodore Orson, Esq.
55 Dorrance Street, Suite 400
Providence, RI 02903

Richard R. Beretta, Esq.
Maria J. Goncalves, Esq.
Adler, Pollock & Sheehan, P.C.
2300 Financial Plaza
Providence, RI 02903

Leonard DePasquale, Esq.
United States Trustee
United States Trustee's Office
10 Dorrance Street, Room 910
Providence, RI 02903

Wayne M. Kezirian, Esq.
Gaebe & Kezirian
128 Dorrance Street
Providence, RI 02903

Adam C. Robitaille, Esq.
Roberts, Carroll Feldstein & Pierce
Ten Weybosset Street
Providence, RI 02903

Richard Gemma, Esq.
MacAdams & Wieck
101 Dyer Street
Providence, RI 02903

Patrick T. Conley, Esq.
1445 Wampanoag Trail, Suite 203

East Providence, RI 02915

Neal J. McNamara, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903

Arlene M. Embrey, Esq.
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

Karen Davidson, Esq.
One Ship Street
Providence, Rhode Island 02903

Stephen A. Rodio, Esq.
Rodio & Brown, Ltd.
91 Friendship Street
Providence, Rhode Island 02903

Everett A. Petronio, Sr., Esq.
Law Offices of Everett A. Petronio, Inc.
1239 Hartford Avenue
P.O. Box 19040
Johnston, Rhode Island 02919

Cheryl Lynn Kilberg
2766 North Greenwood Avenue
Arlington Heights, Illinois 60004

Gary Dale Kilberg
90 Irving Avenue
Providence, Rhode Island 02906

Jennifer Leigh Kilberg
933 Watkins Street, N.W., Suite C
Atlanta, GA 30318

Merrill J. Friedmann, Esq.
Wallick & Associates
51 Jefferson Boulevard, 5th Floor
Warwick, RI 02888

Robert E. Bollengier, Esq.
Stephen Browning House
In the Village of Apponaug
3214 Post Road
P.O. Box 7617
Warwick, RI 02887

Brian S. Stern
Principal Agent for the Receiver
SBA, as Receiver for Fairway Capital Corp.
666 Eleventh St., N.W. - Suite 200
Washington, DC 20001

Kevin D. Heitke, Esq.
1452 Broncos Highway, Suite 203
P.O. Box 556
Harrisville, RI 02830-0556

USSBA\Fairway\Pleadings\USDC 00-035 (USSBA-Fairway)\Obj Trustees Motion Lift Stay 06-21-05

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FAIRWAY CAPITAL CORPORATION<br>Defendant. | C.A. NO. 00-035L |

**MEMORANDUM IN SUPPORT OF RECEIVER'S OBJECTION TO THE TRUSTEE'S MOTION TO LIFT THE JUDICIAL STAY**

On or about November 18, 2002, Arnold Kilberg reached a Settlement Agreement (the "Agreement") with Paul Anjoorian resolving many disputes then existing between them, including long-standing shareholder buy-out proceeding pending in Providence Superior Court. The Agreement was negotiated by Kilberg on behalf of himself and the companies he then controlled, including Hamlet Properties, LLC ("Hamlet"), Rosedale Properties, LLC ("Rosedale") and Governor Financial Center, LLC ("Governor"). Pursuant to the terms of the Agreement, Kilberg agreed to transfer to Anjoorian marketable title to two condominiums owned by Hamlet.

While the Agreement was pending, Kilberg filed for bankruptcy, thereby delaying consummation of the Agreement. Subsequently, the Trustee sought and received approval to consummate the Agreement. However, when it came time to transfer the condominiums to Anjoorian, the titles were encumbered by a tax lien in the amount of approximately $16,000. [1]

[1] After this Settlement Agreement was executed, Kilberg caused Hamlet to transfer the two condominium units to his wife Joan F. Kilberg. Subsequently, they were returned to Hamlet. Upon information and belief, the taxes owed on the properties arose during the period that the properties were held by Mrs. Kilberg.

In his Motion, the Trustee seeks leave to lift the stay of this Court so that he can commence proceedings to compel the Receiver of Hamlet, Rosedale and Governor Financial to pay the real estate taxes owed and, thereby, clear title to the Hamlet condos. The only entity obligated to pay those taxes is Hamlet. The Hamlet Receivership estate does not currently have the funds to pay those taxes. Accordingly, the Trustee intends to try to compel Rosedale and/or Governor to pay that expense. Although Hamlet, Rosedale and Governor are all in State Court Receivership and have the same individual serving as their Receiver, Joseph Ferrucci, Esq., they are separate entities. The only way the Trustee could seek to have Rosedale or Governor pay the unpaid taxes is by availing himself of this Court's alter ego Order. The Trustee, however, stands in the shoes of Arnold Kilberg. Kilberg cannot use the alter ego theory for his own benefit, as he is the architect of the alter ego structure and not the type of third party the alter ego doctrine is intended to protect. See W. Fletcher, Private Corporation §41.10 (1990) ("The alter ego doctrine was developed for and has been traditionally used by third persons injured due to their reliance on the existence of a distinct corporate entity. ... The corporate form may be disregarded only where equity requires the action to assist a third party.")

Even if the Trustee could invoke the alter ego ruling, he should not be permitted to do so because of the role the debtor, Arnold Kilberg, played in creating the current situation. If anyone should pay the taxes on behalf of Hamlet, it should be Arnold Kilberg, not the other State Court Receivership estates. Kilberg was the author of the Anjoorian Settlement; his bankruptcy estate is the prime beneficiary of the Settlement; and he is the person who allowed the taxes to go unpaid on the Hamlet property. Because it is inequitable for Kilberg to use the alter ego finding

offensively to enrich his own interests, the Trustee's motion lacks merit sufficient to warrant lifting the stay under the "ESIC Test."[2]

According to the U.S. Trustee, the Kilberg estate currently has funds totaling over $650,000. See Objection of the United States Trustee to First Interim Application for Compensation filed by Holland & Knight. Accordingly, the Kilberg estate has more than sufficient funds to pay the taxes in order to permit consummation of the Anjoorian Settlement. The Trustee simply does not want to pay those taxes out of the Kilberg estate. Instead, he wants to try to push that expense onto one of the other Kilberg entities.

The Receiver is not arguing that the Trustee has no recourse against Hamlet for the unpaid taxes. The Trustee can seek leave to file a claim in the Hamlet estate for the amount of the taxes. The Receiver submits that that is the appropriate mechanism and, in fact, the only procedure that should be available to the Trustee in this instance.

---

[2] See the ESIC cases: U.S. v. ESIC Capital, Inc., 675 F. Supp. 1462 (D. Md. 1987) ("ESIC I"); U.S. v. ESIC Capital, Inc., 675 F. Supp. 1464 (D. Md. 1987) ("ESIC II"); and U.S. v. ESIC Capital, Inc., 685 F. Supp. 483 (D. Md. 1988) ("ESIC III"). The formulation of the ESIC Test is: 1) the Court must compare the interests of the receiver and the moving party by 2) determining whether continuance of the stay will preserve the status quo, or whether the moving party will suffer substantial injury if not permitted to proceed; 3) examining the merit of the moving party's underlying claim; 4) assessing the time in the receivership's life at which the motion to lift stay is made. ESIC I.

For the foregoing reasons, the Receiver respectfully requests that the Trustee's Motion to Lift the Judicial Stay be denied.

Respectfully submitted,

U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for Fairway Capital Corporation

By: Thomas W. Rigby
THOMAS W. RIGBY
(VA Bar No. 34663; DC Bar No. 463532)
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416
Telephone: (202) 619-1610
Facsimile: (202) 205-7154
Attorney for the Receiver

Stacey P. Nakasian, Esq.
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

Dated: 6/23/05

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2005, copies of the foregoing ***Receiver's Objection to the Trustee's Motion to Lift the Judicial Stay*** was served by first class mail, postage prepaid, upon the following persons at their last known address indicated hereon.

Lisa Dinerman, Esq.
Assistant United States Attorney
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

Allan E. Hanson, Esq.
District Counsel
SBA Providence District Office
380 Westminster Mall, 5th Floor
Providence, Rhode Island 02903

Arlene P. Messinger, Esq.
Assistant General Counsel/SBIC Enforcement
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

Robert Corrente, Esq.
Christopher Bush, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903

C. Scott Summer, Esq.
Joseph L. DeCaporale, Esq.
Montaquila & Summer, P.C.
400 Reservoir Avenue
Providence, Rhode Island 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, Rhode Island 02906

Frank D. Kirby, Esq.
Douglas J. Gervolino, Esq.
Kirby & Marullo
314 West Second Street
South Boston, Massachusetts 02127

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15e
Warwick, Rhode Island 02886

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, Rhode Island 02906

Arnold Kilberg, pro se
Kilberg & Associates
642 Blackstone Blvd.
Providence, RI 02906

Craig M. Scott, Esq.
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, Rhode Island 02888

Jeffrey H. Gladstone, Esq.
Robert K. Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, Rhode Island 02903

Thomas E. Carlotto, Esq.
Michael W. Carroll, Esq.
Schechtman, Halperin, Savage, LLP
86 Weybosset Street
Providence, Rhode Island 02903

Jeffrey S. Brenner, Esq.
Nixon Peabody, LLP
One Citizens Plaza, 7th Floor
Providence, Rhode Island 02903

Joan Kilberg
642 Blackstone Blvd.
Providence, RI 02906

<u>With copies to:</u>

Joseph M. DiOrio, Esq.
As Chapter 11 Trustee
Holland and Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Joseph P. Ferrucci, Esq.
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Ronald Markoff, Esq.
Law Offices of Ronald Markoff
55 Pine Street, 3rd Floor
Providence, RI 02903

Theodore Orson, Esq.
55 Dorrance Street, Suite 400
Providence, RI 02903

Richard R. Beretta, Esq.
Maria J. Goncalves, Esq.
Adler, Pollock & Sheehan, P.C.
2300 Financial Plaza
Providence, RI 02903

Leonard DePasquale, Esq.
United States Trustee
United States Trustee's Office
10 Dorrance Street, Room 910
Providence, RI 02903

Wayne M. Kezirian, Esq.
Gaebe & Kezirian
128 Dorrance Street
Providence, RI 02903

Adam C. Robitaille, Esq.
Roberts, Carroll Feldstein & Pierce
Ten Weybosset Street
Providence, RI 02903

Richard Gemma, Esq.
MacAdams & Wieck
101 Dyer Street
Providence, RI 02903

Patrick T. Conley, Esq.
1445 Wampanoag Trail, Suite 203
East Providence, RI 02915

Neal J. McNamara, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903

Arlene M. Embrey, Esq.
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

Karen Davidson, Esq.
One Ship Street
Providence, Rhode Island 02903

Stephen A. Rodio, Esq.
Rodio & Brown, Ltd.
91 Friendship Street
Providence, Rhode Island 02903

Everett A. Petronio, Sr., Esq.
Law Offices of Everett A. Petronio, Inc.
1239 Hartford Avenue
P.O. Box 19040
Johnston, Rhode Island 02919

Cheryl Lynn Kilberg
2766 North Greenwood Avenue
Arlington Heights, Illinois 60004

Gary Dale Kilberg
90 Irving Avenue
Providence, Rhode Island 02906

Jennifer Leigh Kilberg
933 Watkins Street, N.W., Suite C
Atlanta, GA 30318

Merrill J. Friedmann, Esq.
Wallick & Associates
51 Jefferson Boulevard, 5th Floor
Warwick, RI 02888

Robert E. Bollengier, Esq.
Stephen Browning House
In the Village of Apponaug
3214 Post Road
P.O. Box 7617
Warwick, RI 02887

Brian S. Stern
Principal Agent for the Receiver
SBA, as Receiver for Fairway Capital Corp.
666 Eleventh St., N.W. - Suite 200
Washington, DC 20001

Kevin D. Heitke, Esq.
1452 Broncos Highway, Suite 203
P.O. Box 556
Harrisville, RI 02830-0556

USSBA\Fairway\Pleadings\USDC 00-035 (USSBA-Fairway)\Memo re Obj Trustees Motion Lift Stay 06-21-05