**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA
Plaintiff(s)

v. C.A. No. 2000-035

FAIRWAY CAPITOL CORPORATION
Defendant(s)

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Claimant Government of the United States Virgin Islands hereby moves that John J. Jacko, III be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: complex commercial and creditors rights litigation (inclusive of receivership and other issues related to the case at bar.)
- Pro hac vice counsel's long-standing representation of the client: Government of the United States Virgin Islands
- The local trial bar lacks experience in the field of: ______
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: United States Virgin Islands
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ______
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: Counsel for receiver has no objection to this motion.

(Claimant)
By: [signature]
Jeffrey S. Bremner (#4369)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Attorney for Government of the United States Virgin Islands

DATED: June 28, 2005

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 29th day of June, 2005, a true and correct copy of the within Motion for Entry of Appearance Pro Hac Vice was served on the parties listed below via first-class mail, postage prepaid.

Stephen A. Rodio. Esq.
Rodio & Brown, Ltd.
91 Friendship Street
Providence, RI 02903

Benedetto A. Cerilli, Jr.
Joan Cerilli
c/o Benedetto A. Cerilli, Jr., Esq.
Estate of Joseph Cerilli
Legend Resorts, LP
Jamestown, RI 02835

Gail G. Green, Esq.
Chief ,Account Resolution Branch
U.S.Small Business Administration
409 Third St., S.W.
Washington, DC 20416

Jeannine T. Bourasso
71 Bliss Road
Newport, RI 02840

Patricia Betz
238 Armington Street
Cranston, RI 02905

Wayne M. Kezirian, Esq.
Gaebe & Kezirian
128 Dorrance Street
Providence, RI 02903

Richmond Square Capital Corp.
c/o Harold I. Schein
One Richmond Square
Providence, RI 02906

Brendan P. Smith, Esq.
2 Richmond Square – Suite 100
Providence, RI 02906

Parkos Revocable Trust
Norman Jay Bolotow, Esq.
95 Chestnut Street
Providence, RI 02903

Diane E. Wyman
Assistant Tax Collector
City of Pawtucket
137 Roosevelt Avenue
Pawtucket, RI 02860

Kim Papa, Credit Manager
Waste Management of RI, Inc.
1615 Pontiac Avenue
Cranston, RI 02920

Ann Marie Bolduc, Revenue Officer
State of Rhode Island
Department of Administration
Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

Kenneth J. Taggart
7606 Bustleton Ave.
Philadelphia, PA 19152

John S. Carusone
Bank Analysis Center, Inc.
City Place II – 16th Floor
Hartford, CT 06103

John C. Dean, Esq.
155 South Main St.
Providence, RI 02903

William M. Dennison, President
Hotel On the Cay Timeshare Association, Inc
P.O. Box 4020
Protestant Cay
Christiansted, St. Croix
U.S. Virgin Islands 00822

Neal J. McNamara, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Belisle Group/Hotel on the Cay
c/o Donovan M. Hamm, Jr., Esq.
Hamm & Barry
5030 Anchor Way
Christiansted, US VI 00820

167 Hotel on the Cay
Timeshare Owners
c/o Donovan M. Hamm, Jr., Esq.
Hamm & Barry
5030 Anchor Way
Christiansted, US VI 00820

Arnold Kilberg & Company
c/o Joseph M. DiOrio, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Peter A. Frazier, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Moneta Capital Corp. in Receivership
Stephen D. Jones, Principal Agent
Charles P. Fulford, Agent
666 Eleventh St., N.W.
Suite 200
Washington, DC 20001

Joseph P. Ferrucci, Esq.
Ferrucci Russo, P.C.
55 Pine Street
4th Floor
Providence, RI 02903

Christopher M. Mulhearn, Esq.
Ferrucci Russo, P.C.
55 Pine Street
4th Floor
Providence, RI 02903

Robert E. Bollengier, Esq.
Robert E. Bollengier Law Offices
3214 Post Road
P.O. Box 7617
Warwick, RI 02887

Thomas W. Rigby, Esq.
Office of General Counsel
U.S. Small Business Administration
409 Third St., S.W.
Washington, DC 20416

Thomas E. Carlotto, Esq.
Schechtman, Halperin, Savage, LLP
86 Weybosset Street
Providence, RI 02903

Ms. Joan Kilberg
3554 Pine Lake Ct.
Delray Beach, FL 33445-9045

Edward G. Lawson, Esq.
260 Lonsdale Avenue
Pawtucket, RI 02760

Ronald Markoff, Esq.
Law Office of Ronald Markoff
55 Pine Street
3rd Floor
Providence, RI 02903

Justin T. Shay, Esq.
Cameron and Mittleman
56 Exchange Terrace
Providence, RI 02903

Theodore Orson, Esq.
55 Dorrance Street
Suite 400
Providence, RI 02903

Richard R. Beretta, Esq.
Maria J. Goncalves, Esq.
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza
7th Floor
Providence, RI 02903

Keven A. McKenna, Esq.
23 Acorn Street
Providence, RI 02903

Leonard DePasquale, Esq.
United States Trustee
U.S. Trustee's Office
10 Dorrance Street, Rm. 910
Providence, RI 02903

Edward D. Feldstein, Esq.
Adam C. Robitaille, Esq.
Edward G. Avila, Esq.
Roberts, Carroll, Feldstein & Pierce
10 Weybosset Street, 8th Floor
Providence, RI 02903

Richard L. Gemma, Esq.
MacAdams & Wieck
10 Dyer Street, 4th Floor
Providence, RI 02903

Patrick T. Conley, Esq.
1445 Wampanoag Trail
Suite 203
East Providence, RI 02915

Andrew S. Harmon, Esq.
Thomas J. Walsh, Esq.
Harmon Law Office, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389

Cheryl Asquino, Esq.
Narragansett Bay Commission
One Service Road
Providence, RI 02905

Douglas H. Smith, Esq.
140 Reservoir Avenue
Providence, RI 02903

Merrill J. Friedmann, Esq.
51 Jefferson Blvd.
Warwick, RI 02888

Internal Revenue Service
Insolvency Unit – 4th Floor
380 Westminster Street
Providence, RI 02903

Department of Labor & Training
Legal Services
Center General Complex
1511 Pontiac Avenue
Cranston, RI 02920

United States Dept. of Labor
John F. Kennedy Federal Building
John F. Kennedy Federal Building
Room 375
Boston, MA 02203

Steven M. McInnes, Esq.
38 Bellevue Avenue
Newport, RI 02840

Louis A. Geremia, Esq.
1350 Division Road, #102
West Warwick, RI 02893

Douglas J. Brady, Esq.
Jacobs & Brady, P.C.
7 Church Street
Christiansted, St. Croix
, US Virgin Islands 00820

Brian S. Stern
Principal Agent for the Receiver
SBA, as Receiver for Fairway Capital Corp.
666 Eleventh Street, N.W.
Suite 200
Washington, DC 2001

Eugenia M. Carris, Esq.
Assistant United States Attorney
and Special Attorney, D.R.I.
John J. Moakley U.S. Courthouse
Suite 9200
Boston, MA 02210

Allan E. Hanson, Esq.
District Counsel
SBA Providence District Office
380 Westminster Mall, 5th Floor
Providence, RI 02903

Arlene P. Messinger, Esq.
Assistant General Counsel
SBIC Enforcement
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

William Grimm, Esq.
Hinckley, Allen, & Snyder LLP
1500 Fleet Center
Providence, RI 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, RI 02906

Gregory W. Hamilton, Esq.
P.O. Box 2376
Providence, RI 02906-0376

Frank D. Kirby, Esq.
Douglas J. Gervolino, Esq.
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15e
Warwick, RI 02886

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906

William J. Delaney, Esq.
Tillinghast, Licht, PerkinsSmith & Cohen, LLC
10 Weybosset Street, Suite 1000
Providence, RI 02903

Stacey Nakasian, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney, Ltd
300 Turks Head Building
Providence, RI 02903

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, RI 02888

Jeffrey H. Gladstone, Esq.
Robert K. Taylor, Esq.
Jeffrey H. Gladstone, Esq.
Patricia Antonelli, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Michael W. Carroll, Esq.
Schechtman, Halperin, Savage, LLP
86 Weybosset Street
Providence, RI 02903

Arlene M. Embrey, Esq.
Office of General Counsel, 7th floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

Karen Davidson, Esq.
One Ship Street
Providence, RI 02903

Everett A. Petronio, Sr., Esq.
Law Offices of Everett A. Petronio, Inc.
1239 Hartford Avenue
P.O. Box 19040
Johnston, RI 02919

Arnold Kilberg
3554 Pine Lake Ct.
Delray Beach, FL 33445-9045

Cheryl Lynn Kilberg
2766 North Greenwood Avenue
Arlington Heights, IL 60004

Gary Dale Kilberg
90 Irving Avenue
Providence, RI 02906

Cheryl Lynn Kilberg
2766 North Greenwood Avenue
Arlington Heights, IL 60004

Gary Dale Kilberg
90 Irving Avenue
Providence, RI 02906

Jennifer Leigh Kilberg
39 E. 12th Street, Apt. 512
New York, NY 10003

Thomas A. Tarro III, Esq.
Tarro Law Offices
300 Centerville Road
Suite 330 – Summit East
Warwick, RI 02886

Todd H. Newman, Esq.
Nichols, Newman, Lilverlight
Logan & D'Eramo, P.C.
1131 King St., Suite 204
Christiansted, St. Croix,
, US Virgin Islands 00820

H. Marc Tepper, Esq.
Buchanan Ingersoll, P.C.
Eleven Penn Center
14th Floor
1835 Market Street
Philadelphia, PA 19103-2985

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New Jersey and Commonwealth of Pennsylvania, and of the following Federal District Court and Court of Appeals bar(s) District of New Jersey and Eastern, Western, and Middle Districts of Pennsylvania and Court of Appeals for the Third Circuit, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided.)

(5) I understand that my obligation to notify the Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| 6-27-05 | |
| Name John J. Jacko, III | Local Associate Counsel Jeffrey S. Brenner |
| | 4369 |
| | R.I. Bar ID # |
| Buchanan Ingersoll PC | Nixon Peabody LLP |
| Firm Name | Firm Name |
| 1835 Market Street, 14th Floor | One Citizens Plaza, Suite 500 |
| Philadelphia, PA 10106 | Providence, RI 02903 |
| Business Address | Business Address |

| Tel. # | Fax # | Tel # | Fax # |
|---|---|---|---|
| (215) 665-3923 | (215) 665-8760 | (401) 454-1000 | (401) 454-1030 |

---

**Order :** This motion is hereby ______________ .

______________
U.S. District Judge
Dated: ______________