**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** v. **FAIRWAY CAPITAL CORPORATION** **Defendant.** | ) ) ) ) ) ) ) ) ) | **Civil Case No. 00-035-L** |

**RECEIVER'S MOTION TO EXCEED PAGE LIMIT**

The United States Small Business Administration, as Receiver for Fairway Capital Corporation ("Receiver"), hereby moves for leave to exceed the page limit for the Memorandum in Support of Receiver's Response to the Government of the Virgin Island's Motion Objecting to the Receiver's Recommended Disposition of Claims. The Receiver seeks leave to file a memorandum of up to 35 pages in length. The Government of the Virgin Island has no objection to the Receiver's Motion. In support of this motion, the Receiver refers to the accompanying memorandum.

Respectfully submitted,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for Fairway Capital Corporation

By: Thomas W. Rigby spr

THOMAS W. RIGBY
(VA Bar No. 34663; DC Bar No. 463532)
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416
Telephone: (202) 619-1610
Facsimile: (202) 205-7154
Attorney for the Receiver

Robert M. Duffy, Esq. (#4428)
Stacey P. Nakasian, Esq. (#5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

Dated: 7/1/05

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br>**v.**<br><br>**FAIRWAY CAPITAL CORPORATION**<br><br>**Defendant.** | **Civil Case No. 00-035-L** |

**MEMORANDUM IN SUPPORT OF**
**RECEIVER'S MOTION TO EXCEED PAGE LIMIT**

The United States Small Business Administration, as Receiver for Fairway Capital Corporation ("Receiver"), files this memorandum in support of its request for leave to exceed the page limit for Memorandum in Support of Receiver's Response to the Government of the Virgin Island's Motion Objecting to the Receiver's Recommended Disposition of Claims.

The Court's Amended General Order #2002-01 prohibits parties from filing memoranda with the Court that exceed ten pages in length unless permitted with good cause shown. The Receiver requests leave to submit a memorandum of up to 35 pages in support of a motion the Receiver will be filing. The extra pages are required in order for the Receiver to respond to the many arguments presented by the Government of the Virgin Islands in its 49-page Memorandum. The Government of the Virgin Island has no objection to the Receiver's requested page limit extension.

For the foregoing reasons, the Receiver requests leave to submit a memorandum of up to 35 pages in support of his Motion in response to the Government of the Virgin Island's Motion.

Respectfully submitted,

Dated: 7/1/05

By: Thomas W. Rigby spn

Thomas W. Rigby
(D.C. Bar No. 463532, Va. Bar No. 34663)
Chief Counsel for SBIC Liquidation
Office of General Counsel, 7th Floor
U.S. Small Business Administration,
As Receiver for Fairway Capital Corporation
409 3rd Street, N.W.
Washington, D.C. 20416
Telephone: (202) 619-1610
Facsimile: (202) 205-7154

Robert M. Duffy, Esq. (#4428)
Stacey P. Nakasian, Esq. (6638)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 1 day of July, 2005, I caused the foregoing Motion, along with a Memorandum in Support, to be served on the following via first class mail, postage pre-paid:

Lisa Dinerman, Esq.
Assistant United States Attorney
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

Allan E. Hanson, Esq.
District Counsel
SBA Providence District Office
380 Westminster Mall, 5th Floor
Providence, Rhode Island 02903

Arlene P. Messinger, Esq.
Assistant General Counsel/SBIC Enforcement
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

Robert Corrente, Esq.
Christopher Bush, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903

C. Scott Summer, Esq.
Joseph L. DeCaporale, Esq.
Montaquila & Summer, P.C.
400 Reservoir Avenue
Providence, Rhode Island 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, Rhode Island 02906

Gregory W. Hamilton, Esq.
P.O. Box 2376
Providence, RI 02906-0376

Frank D. Kirby, Esq.
Douglas J. Gervolino, Esq.
Kirby & Marullo
314 West Second Street
South Boston, Massachusetts 02127

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15e
Warwick, Rhode Island 02886

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, Rhode Island 02906

William J. Delaney, Esq.
Tillinghast, Licht, Perkins, Smith & Cohen, LLC
10 Weybosset Street, Suite 1000
Providence, Rhode Island 02903

Craig M. Scott, Esq.
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd.
300 Turks Head Building
Providence, Rhode Island 02903

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, Rhode Island 02888

Jeffrey H. Gladstone, Esq.
Robert K. Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, Rhode Island 02903

Thomas E. Carlotto, Esq.
Michael W. Carroll, Esq.
Schechtman, Halperin, Savage, LLP
86 Weybosset Street
Providence, Rhode Island 02903

Jeffrey S. Brenner, Esq.
Nixon Peabody, LLP
One Citizens Plaza, 7th Floor
Providence, Rhode Island 02903

With copies to:

Neal J. McNamara, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903

Arlene M. Embrey, Esq.
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

Karen Davidson, Esq.
One Ship Street
Providence, Rhode Island 02903

Stephen A. Rodio, Esq.
Rodio & Brown, Ltd.
91 Friendship Street
Providence, Rhode Island 02903

Everett A. Petronio, Sr., Esq.
Law Offices of Everett A. Petronio, Inc.
1239 Hartford Avenue
P.O. Box 19040
Johnston, Rhode Island 02919

Arnold Kilberg
Governor Financial Center
285 Governor Street
Providence, RI 02906

Cheryl Lynn Kilberg
1510 W. Orchard Place
Arlington Heights, Illinois 60005

Gary Dale Kilberg
90 Irving Avenue
Providence, Rhode Island 02906

Jennifer Leigh Kilberg
39 E. 12th Street, Apt. 512
New York, New York 10003

Bar Date Claimants (not otherwise on service list)

Bank Analysis Center, Inc.
City Place II – 16th Floor
Hartford, CT 06103

H. Marc Tepper
Buchanan Ingersoll, P.C.
Eleven Penn Center, 14th Floor
1835 Market Street
Philadelphia, PA 19103-2985

Richmond Square Capital Corp.
Richmond Square Capital Corp. 401(k) Profit Sharing Plan
c/o Harold I. Schein
One Richmond Square
Providence, RI 02906

Donovan M. Hamm, Jr., Esq.
5030 Anchor Way, Gallows Bay
St. Croix, Virgin Islands 00820

City of Pawtucket
137 Roosevelt Avenue
Pawtucket, RI 02860

Kenneth J. Taggart
7606 Bustleton Avenue
Philadelphia, PA 19152

John C. Dean, Esq.
Boisseau, Leonard & Dean, LLP
155 South Main Street
Providence, RI 02903

Norman Jay Bolotow, Esq.
99 Wayland Avenue
Providence, RI 02906

State of Rhode Island and Providence Plantations
Dept. of Administration
Division of Taxation
One Capitol Hill
Providence, RI 02908

Benedetto A. Cerilli, Jr.
Joan Cerilli
Estate of Joseph Cerilli
Legend Resorts, L.P.
80 American Way
Jamestown, RI 02835

Waste Management of Rhode Island, Inc.
575 West Street #210
Mansfield, MA 02048-1164

Jeanine T. Bourassa

71 Bliss Road
Newport, RI 02840

Wayne M. Kezirian, Esq.
Gaebe & Kezirian
128 Dorrance Street
Providence, RI 02903

Hotel on the Cay Timeshare Assoc., Inc.
P.O. Box 4020
Protestant Cay
Christiansted, St. Croix
U.S. Virgin Islands 00822

Joseph P. Ferrucci, Esq.
Ferrucci & Russo, P.C.
49 Weybosset Street
Providence, RI 02903

Louis A. Geremia, Esq.
Geremia & DeMarco, Ltd.
99 Wayland Avenue
Providence, RI 02906

Kevin D. Heitke, Esq.
1452 Broncos Highway, Suite 203
P.O. Box 556
Harrisville, RI 02830-0556

BY: ______________________

*USSBA/Fairway/Pleadings/USDC 00-035/Motion to Exceed Page Limit 07-01-05*