*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

**CLERK'S MINUTES**

**CASE NUMBER: CA 00-0035L** **DATE: July 6, 2005**

**TITLE OF CASE: SBA v. Fairway Capital**

---

Senior, U.S. District Judge Ronald R. Lagueux

COURTROOM CLERK: James E. Webb

COURT REPORTER - Anne Clayton

---

Trustee for A. Kilberg motion to lift judicial stay

Atty. for Trustee Joseph DiOrio, Esq.

Atty. for SBA Stacey P. Nakasian, Esq.

Atty. for Receiver Joseph Ferrucci, Esq.

Oral arguments held, motion granted in part.

stay is lifted for Judge Silverstein to considered tax issue.

Atty. Joseph DiOrio to prepare order.

SCANNED

*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

**CLERK'S MINUTES**

**CASE NUMBER: CA 00-0035L** **DATE: July 6, 2005**

**TITLE OF CASE: SBA v. Fairway Capital**

---

Senior, U.S. District Judge Ronald R. Lagueux

COURTROOM CLERK: James E. Webb

COURT REPORTER - Anne Clayton

---

Trustee for A. Kilberg motion to lift judicial stay

Atty. for Trustee Joseph DiOrio, Esq.

Atty. for SBA Stacey P. Nakasian, Esq.

Atty. for Receiver Joseph Ferrucci, Esq.

Oral arguments held, motion granted in part.

stay is lifted for Judge Silverstein to considered tax issue.

Atty. Joseph DiOrio to prepare order.

SCANNED