IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FAIRWAY CAPITAL CORPORATION Defendant. | ) | Civil Case No. 00-035-L |

**RECEIVER'S MOTION TO EXCEED PAGE LIMIT ON APPENDIX**

The U.S. Small Business Administration ("SBA"), in its capacity as Receiver (the "Receiver") of Fairway Capital Corporation ("Fairway"), hereby moves for leave to exceed the page limit for the Appendix he will be filing in support of Receiver's Response to the Government of the Virgin Island's Motion Objecting to the Receiver's Recommended Disposition of Claims. In support of this motion, the Receiver refers to the accompanying memorandum.

Respectfully submitted,

U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for Fairway Capital Corporation

Granted:
Ronald R. Lagueux
Sr. USDJ 7/6/05

By: Thomas W. Rigby
THOMAS W. RIGBY
(VA Bar No. 34663; DC Bar No. 463532)
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416
Telephone: (202) 619-1610
Facsimile: (202) 205-7154
Attorney for the Receiver

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FAIRWAY CAPITAL CORPORATION Defendant. | ) | Civil Case No. 00-035-L |

FILED JUL 01 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**RECEIVER'S MOTION TO EXCEED PAGE LIMIT**

The United States Small Business Administration, as Receiver for Fairway Capital Corporation ("Receiver"), hereby moves for leave to exceed the page limit for the Memorandum in Support of Receiver's Response to the Government of the Virgin Island's Motion Objecting to the Receiver's Recommended Disposition of Claims. The Receiver seeks leave to file a memorandum of up to 35 pages in length. The Government of the Virgin Island has no objection to the Receiver's Motion. In support of this motion, the Receiver refers to the accompanying memorandum.

Respectfully submitted,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for Fairway Capital Corporation

By: Thomas W. Rigby
THOMAS W. RIGBY
(VA Bar No. 34663; DC Bar No. 463532)
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416
Telephone: (202) 619-1610
Facsimile: (202) 205-7154
Attorney for the Receiver

Granted:
Ronald R. Lagueux
Sr. USDJ 7/6/05