**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FAIRWAY CAPITAL CORPORATION**<br><br>**Defendant.** | **C.A. NO. 00-035L** |

## MOTION FOR LEAVE TO FILE OBJECTION

United States Small Business Administration as Receiver for Fairway Capital Corporation (the "Receiver") hereby moves for leave to file an objection out of time to the Kilberg Trustee's Motion for Lift of Stay. On June 8, 2005, Joseph M. DiOrio, Chapter 7 Trustee ("Trustee") filed a Motion to Lift the Judicial Stay in this action. That Motion was served on the Receiver's counsel by mail. At the same time the Trustee filed its Motion to Lift Stay, he also filed a Motion for Expedited Determination and Shorten Response Time. In that Motion, he requested this Court to hear the Motion to Lift Stay prior to June 30, 2005 and to shorten the response time to five days.

In an Order dated June 14, 2005, this Court granted the Trustee's Motion for Expedited Determination in part. The Court granted the request for a shortened response time but denied the request for a hearing before June 30, 2005. In light of the fact that the hearing in this matter is not scheduled to take place until on or after July 6, 2005, and because the Receiver has an Objection to the proposed lift of stay, the Receiver respectfully requests that the Court grant it leave to file its objection at this time.

Granted: Ronald R. Lagueux
SR USDJ 7/7/05