**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br> v. <br> <br> **FAIRWAY CAPITAL CORPORATION** <br> **Defendant** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Civil Case No. 00-035L** |

RECEIVED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## CONSENT ORDER

By Order dated November 20, 2003, this Court granted a motion filed by the United States Small Business Administration ("SBA") and issued a permanent injunction to attach and enjoin the use of all accounts held by Gary Kilberg ("Kilberg") at Merrill Lynch, Pierce, Fenner, & Smith, Inc. ("Merrill Lynch"), including, but not limited to, Account Nos. 867-15X40, 867-28K62, 867-87E60 and 867-93Y82.

At the request of the SBA and Kilberg, both of whom consent to the entry of this order, it is hereby ORDERED:

(1) that Merrill Lynch pay $90,000.00 of the attached funds to the Receiver for Fairway Capital Corporation, Inc.; and

(2) that the injunction and attachment entered November 20, 2003 in favor of the SBA on the remaining funds in Kilberg's Merrill Lynch accounts are vacated and released.

SO ORDERED:

[redacted]

Date:

ENTER:

Ronald R. Lagueux
Sr. USDJ 7/6/05