IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br><br>FAIRWAY CAPITAL CORPORATION<br><br>Defendant. | Civil Case No. 00-035L |

**MOTION FOR RELIEF FROM ORDER AND TO LIFT THE JUDICIAL STAY**

COMES NOW the United States Small Business Administration ("SBA") as Receiver ("the Moneta Receiver") for Moneta Capital Corporation ("Moneta") and, by and through its undersigned counsel, hereby moves this Court for Relief from this Court's Order entered January 8, 2004, confirming the jurisdiction and scope of receivership order (the "Fairway Jurisdictional Order") entered in the above-captioned action and, to the extent necessary, relief from the judicial stay imposed by this Court's Order entered March 13, 2000 appointing the Small Business Administration as Receiver of Fairway Capital Corporation. The requested relief is sought for the limited purpose of allowing the Moneta Receiver to take appropriate actions against Northeast Capital Corporation and Governor Financial Center, LLC in relation to secured claims held by the Moneta Receiver against said entities. The Moneta Receiver believes that entry of an Order granting the specified relief from the Fairway Jurisdictional Order and the Fairway Receivership Order, for the limited purposes herein described, is in the best interest of the

Moneta Receivership Estate, over which this Court has jurisdiction, and in no way will prejudice the Fairway Receivership Estate.

In support hereof, the Moneta Receiver relies upon the Memorandum of Law filed contemporaneously herewith and incorporated herein by reference. In addition, the Fairway Receiver has assented to the relief requested herein.

WHEREFORE, the Receiver respectfully requests that this Court grant this Motion.

United States Small Business Administration
as Receiver for Moneta Capital Corporation
By its Attorneys

Dated: July 8, 2005

Thomas E. Carlotto #6088
Shechtman Halperin Savage, LLP
86 Weybosset Street
Providence, RI 02903
(401) 272-1400
(401) 272-1403

Assented to by:

United States Small Business Administration
as Receiver for Fairway Capital Corporation
By its Attorney,

Stacey Nakasian, Esq. by TEC
Duffy & Sweeney, Ltd.
300 Turks Head Building
Providence, RI 02903

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>FAIRWAY CAPITAL CORPORATION<br>Defendant. | Civil Case No. 00-035L |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR RELIEF FROM ORDER AND TO LIFT THE JUDICIAL STAY**

In support of its Motion for Relief from Order and to Lift the Judicial Stay, the United States Small Business Administration ("SBA") as Receiver ("the Receiver") for Moneta Capital Corporation ("Moneta") states as follows:

**BACKGROUND**

On March 13, 2000, the United States District Court for the District of Rhode Island ("the Court") entered a judicial stay order in connection with United States of America v. Fairway Capital Corporation, Case No. 00-35L, ("the Fairway Receivership Order"). Subsequently, on January 8, 2004, this Court entered an Order confirming the scope and jurisdiction of the Fairway Receivership Order (the "Fairway Jurisdictional Order") relative to certain entities of which Arnold Kilberg ("Kilberg") was the principal.

The entities include, but are not limited to, Northeast Capital Corporation ("Northeast") and Governor Financial Center, LLC ("Governor").

Prior to the appointment of the Fairway Receiver, by Order of this Court (the "Moneta Receivership Order") the SBA was appointed as Receiver (the "Moneta Receiver") of Moneta Capital Corporation in case number 99-565L (the "Moneta Receivership"). The Court has imposed a judicial stay in the Moneta Receivership similar to that controlling in the Fairway proceeding.

The Moneta Receiver holds certain secured claims against certain of the entities identified in the Fairway Jurisdictional Order and wishes to proceed to liquidate those claims for the benefit of the Moneta Receivership estate. Specifically, the Moneta Receiver is presently seeking relief in connection with certain secured claims ( as more particularly described below, the "Secured Claims) in both the Northeast Receivership and the Governor Receivership

The Moneta Receiver holds a secured interest in property located at 164 Front Street, Pawtucket, Rhode Island, presently being marketed by Joseph Ferrucci as Receiver of Northeast[1]. A true and accurate copy of the Front Street Mortgage together with a recent title report is annexed hereto as Exhibit A. In the event of a sale by the State Court Receiver, the Moneta Receiver would request that funds payable on account of its Mortgage be distributed at a closing. By prior Order of this Court, the distribution of monies by the Northeast Receiver is not permitted without first obtaining relief from this Court.

[1] The Moneta Receiver has also filed a Motion in the Moneta Receivership seeking lift of the judicial stay to permit Joseph Ferrucci, Receiver, to sell the property located at 164 Front Street, Pawtucket, Rhode Island.

The Moneta Receiver also holds a secured interest in raw land located in Dighton, Massachusetts, that the State Court Receiver for Northeast has expressed no interest in selling[2]. A copy of the pertinent portions of the mortgage encumbering the property in Dighton is annexed as Exhibit B. As such, the Moneta Receiver intends to seek relief from the State Court to foreclose its interest in the Dighton Property and seeks leave from the this Court's Orders to the extent necessary to liquidate that interest.

Finally, Moneta holds a secured interest in funds held by Joseph Ferrucci in his capacity as Receiver of Governor (the "Governor Receiver"). These funds represent the remaining proceeds from the sale of a leasehold interest in the Governor receivership.

In December 2003, the Moneta Receiver filed a secured claim with the Governor Receiver in the amount of $912,942.33 with an accruing per diem of $88.92, to protect its interest in a mortgage (the "Governor Mortgage") that encumbered a ground lease (the "Ground Lease") of real property located on South Water Street, Providence. A copy of the proof of claim and the Governor Mortgage are attached hereto as Exhibit C. After some discussion with the Governor Receiver and counsel to the junior secured creditor, Sovereign Bank, in or about December 2003, the Receiver and the Governor Receiver jointly moved this Court for lift of the Judicial Stay contained in the Moneta Receivership Order to permit the Governor Receiver to consummate the sale of the Ground Lease. This Court granted the Joint Motion permitting the Governor Receiver to consummate the sale of the Ground Lease provided that a portion of the sale proceeds would be deposited by the Governor Receiver into an interest bearing escrow account in an amount sufficient to fully satisfy the Governor Mortgage.

---

[2] In order for the State Court Receiver to sell property located in Massachusetts, an ancillary proceeding must be instituted in a Massachusetts Court, which given the value of the Dighton Property is unjustified.

The sale was consummated by the Governor Receiver and the amount of $912,942.33 representing the full balance of the amount due under the Governor Mortgage as of December 17, 2003, was deposited into an interest bearing escrow account as Ordered by this Court. Sovereign Bank has been paid in full by the disposition of other assets in the State Court Receivership and no longer has any claim to the funds being held in escrow by the Governor Receiver.

## ARGUMENT

### A. THE REQUIREMENTS NECESSARY TO PERMIT RELIEF FROM THE JUDICIAL STAY ARE SATISFIED

When determining whether to grant the relief from a receivership stay, the Court considers the following factors (the "ESIC Test"):

> 1) the court must compare the interests of the receiver and the moving party by
> 2) determining whether continuance of the stay will preserve the status quo, or whether the moving party will suffer substantial injury if not permitted to proceed;
> 3) examining the merit of the moving party's underlying claim;
> 4) assessing the time in the receivership's life at which the motion to lift the stay is made.

United States v. ESIC Capital, Inc., 675 F.Supp. 1462 (D. Md. 1987) ("ESIC I"); see also S.E.C. v. Universal Financial, 760 F.2d 1034, 1038 (9th Cir.1985).

In the present context it is clear that the Fairway Receivership estate will suffer no injury or prejudice as a result of the Moneta Receiver's liquidation of the Secured Claims. On the other hand, the Moneta Receivership estate will suffer harm if it is further delayed in recovering the monies sought. For instance, the funds held by the State Court Receiver are presently bearing a interest at a nominal rate while the Moneta

Receivership estate is indebted on account of Receivership Certificates that bear interest at a substantially higher rate. The Moneta Receiver intends to use a portion of the monies to pay down the Receivership Certificates thereby reducing the interest amount presently accruing creating a net benefit to the Receivership Estate.

In addition, the underlying claims of the Moneta Receiver either have been recognized by this same Court in case number 99-565, or, will ultimately be subject to the approval by this Court in said proceeding.

Finally, it should be noted that one of the principal purposes of the injunctive provision of the receivership Order is to provide the requisite time necessary for the Receiver to fully investigate the facts surrounding the assets of the receivership estate, and to properly and impartially evaluate such assets in order to determine the proper method of liquidating the assets. At the same time, the injunction prevents all others who may have a claim against the same asset from enforcing their claims to the possible detriment of the receivership estate. The Moneta Receiver has provided the Fairway Receiver with documentation supporting the Secured Claims and the Fairway Receiver has reviewed the Secured Claims [a defined term] and assents that the Moneta Receiver should be granted the relief requested in its Motion.

## CONCLUSION

In consideration of the foregoing, the Moneta Receiver believes that the requirements necessary to permit the lifting of the judicial stay and relief from the Fairway Jurisdictional Order have been met. The Moneta Receiver requests that Court lift the judicial stay imposed by the Fairway Receivership Order and accord relief from

the Fairway Jurisdictional Order, for the specific limited purpose of allowing the Moneta Receiver to take all necessary actions to liquidate the Secured Claims.

Respectfully submitted,

United States Small Business Administration
as Receiver for Moneta Capital Corporation

Dated: July 8, 2005

By: ______________________

Thomas E. Carlotto #6088
Shechtman Halperin Savage, LLP
86 Weybosset Street
Providence, RI 02903
(401) 272-1400
(401) 272-1403

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT the foregoing Motion for Relief from Order and to Lift the Judicial Stay, supporting Memorandum of Law and proposed Order was sent on the 8th day of July 2005 via first class mail, postage prepaid, to the following:

Stephen A. Rodio, Esq.
RODIO & BROWN, LTD.
91 Friendship St.
Providence, RI 02903

Benedetto A. Cerilli, Jr.
Joan Cerilli
Estate of Joseph Cerilli
Legend Resorts, LP
c/o Benedetto A. Cerilli, Jr., Esq.
80 America Way
Jamestown, RI 02835

Gail G. Green, Esq.
Chief, Account Resolution Branch
U.S. SMALL BUSINESS ADMINISTRATION
409 Third St. S.W.
Washington, DC 20416

Robert K. Taylor, Esq.
Jeffrey H. Gladstone, Esq.
Patricia Antonelli, Esq.
Attorneys for Nancy Troy Lovett
Raul Lovett Marital Trust
PARTRIDGE SNOW & HAHN, LLP
180 South Main St.
Providence, RI 02903-7120

Jeannine T. Bourassa
71 Bliss Road
Newport, RI 02840

Patricia Betz Self Directed
Individual Retirement Account
c/o Patricia Betz
238 Armington St.
Cranston, RI 02905

Wayne M. Kezirian, Esq.
GAEBE & KEZIRIAN
128 Dorrance St.
Providence, RI 02903
(atty for Patricia Betz)

Richmond Square Capital Corp.
Richmond Square Capital Corp. 401(k) P/S Plan
c/o Harold I. Schein
RICHMOND SQUARE CAPITAL CORP.
One Richmond Square
Providence, RI 02906

Brendan P. Smith, Esq.
2 Richmond Square - Suite 100
Providence, RI 02906

Gregory T. Parkos Revocable Trust - 1994
Joan M. Parkos Revocable Trust - 1994
c/o Norman Jay Bolotow, Esq.
95 Chestnut St.
Providence, RI 02903

Diane E. Wyman
Assistant Tax Collector
City of Pawtucket, RI
137 Roosevelt Ave.
Pawtucket, RI 02860

Donna Mullins
WASTE MANAGEMENT OF RI, INC.
575 West Street, Suite 210
Mansfield, MA 02048

Ann Marie Bolduc, Revenue Officer
State of Rhode Island
Department of Administration
DIVISION OF TAXATION
One Capitol Hill
Providence, RI 02908-5800

Kenneth J. Taggart
7606 Bustleton Ave.
Philadelphia, PA 19152

John S. Carusone
BANK ANALYSIS CENTER, INC.
City Place II - 16th Floor
Hartford, CT 06103

John C. Dean, Esq.
155 South Main St.
Providence, RI 02903

Everett A. Petronio, Sr., Esq.
LAW OFFICES OF
EVERETT A. PETRONIO, INC.
1239 Hartford Avenue
P.O. Box 19040
Johnston, RI 02919-0001

William M. Denison, President
HOTEL ON THE CAY
TIMESHARE ASSOCIATION, INC.
P.O. Box 4020
Protestant Cay
Christiansted, St. Croix
U.S. Virgin Islands 00822

BELISLE GROUP/HOTEL ON THE CAY
c/o Donovan M. Hamm, Jr., Esq.
HAMM & BARRY
5030 Anchor Way
Christiansted, US VI 00820

167 HOTEL ON THE CAY TIMESHARE OWNERS
c/o Donovan M. Hamm, Jr., Esq.
Edward L. Barry, Esq
HAMM & BARRY
5030 Anchor Way
Christiansted, US VI 00820

Arnold Kilberg, pro se
642 Blackstone Blvd.
Providence, RI 02906

ARNOLD KILBERG & COMPANY
c/o Joseph M. DiOrio, Esq.
Chapter 7 Trustee for the Bankruptcy
Estate of Arnold Kilberg
HOLLAND & KNIGHT, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Stephen A. Izzi, Esq.
HOLLAND & KNIGHT, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Moneta Capital Corp. in Receivership
Stephen D. Jones, Principal Agent
Charles P. Fulford, Agent
666 Eleventh St., N.W. - Suite 200
Washington, DC 20001

Wallace Capital Corp. in Receivership
c/o Christine M. Rishty, Principal Agent
666 Eleventh St., N.W. - Suite 200
Washington, DC 20001

GOVERNMENT OF THE VIRGIN ISLANDS
OF THE UNITED STATES
c/o Iver A. Stridiron, Esq.
Attorney General
V. I. Department of Justice
6040 Castle Coakley
Christiansted, St. Croix, USVI 00820

H. Marc Tepper, Esq.
BUCHANAN INGERSOLL PC
Eleven Penn Center, 14th Floor
1835 Market St.
Philadelphia, PA 19103-2985

Todd H. Newman, Esq.
NICHOLS, NEWMAN, LILVERLIGHT
LOGAN & D'ERAMO, P.C.T: 809-773-3200
1131 King St., Suite 204F: 809-773-3409
Christiansted, St. Croix,
U.S. Virgin Islands 00820

Joseph P. Ferrucci, Esq.
Receiver for Governor Financial Center, LLC,
Rosedale Properties, LLC, Hamlet Properties, LLC,
and Northeast Capital Corp.
FERRUCCI RUSSO, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Christopher M. Mulhearn, Esq.
FERRUCCI RUSSO, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Louis A. Geremia, Esq.
GEREMIA & DeMARCO, LTD.
1350 Division Road, #102.
West Warwick, RI 02893-7553

Robert E. Bollengier, Esq.
ROBERT E. BOLLENGIER LAW OFFICES
3214 Post Road
P.O. Box 7617
Warwick, RI 02887

Cheryl Lynn Kilberg Solomon
2766 North Greenwood Ave.
Arlington Heights, IL 60004

Gary Dale Kilberg
90 Irving Ave.
Providence, RI 02906

Jennifer Leigh Kilberg
933 Watkins Street, N.W., Suite C
Atlanta, GA 30318

Lisa Dinerman, Esq.
Assistant U.S. Attorney
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Allan E. Hanson, Esq.
District Counsel
SBA Providence District Office
380 Westminster Mall, 5th Floor
Providence, RI 02903

Arlene P. Messinger, Esq.
Assistant General Counsel/SBIC Enforcement
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third St., S.W.
Washington, D.C. 20416

Arlene M. Embrey, Esq.
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third St., S.W.
Washington, D.C. 20416

Thomas W. Rigby, Esq.
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third St., S.W.
Washington, D.C. 20416

Andrew S. Richardson, Esq.
Ch. 7 Trustee, CR Amusements, LLC
182 Waterman St.
Providence, RI 02906

Gregory W. Hamilton, Esq.
P.O. Box 2376
Providence, RI 02906-0376

Frank D. Kirby, Esq.
Douglas J. Gervolino, Esq.
KIRBY & MARULLO
314 West Second St.
South Boston, MA 02127

K. Joseph Shekarchi, Esq.
33 College Hill Rd., Suite 15e
Warwick, RI 02886

Peter G. Berman, Esq.
RASKIN & BERMAN
116 East Manning St.
Providence, RI 02906

William J. Delaney, Esq.
TILLINGHAST, LICHT, PERKINS,
SMITH & COHEN, LLC
10 Weybosset St., Suite 1000
Providence, RI 02903

Edward J. Bertozzi, Jr., Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903

Lawrence L. Goldberg, Esq.
96 Jefferson Blvd.
Warwick, RI 002888

Jeffrey S. Brenner, Esq.
NIXON PEABODY, LLP
One Citizens Plaza, 7th Floor
Providence, RI 02903

Joan Kilberg
642 Blackstone Blvd.
Providence, RI 02906

Edward G. Lawson, Esq.
260 Lonsdale Ave.
Pawtucket, RI 02860

Ronald Markoff, Esq.
LAW OFFICES OF RONALD MARKOFF
55 Pine St., 3rd Floor
Providence, RI 02903

Justin T. Shay, Esq.
CAMERON AND MITTLEMAN
56 Exchange Terrace
Providence, RI 02903

Theodore Orson, Esq.
55 Dorrance Street, Suite 400
Providence, RI 02903

Richard R. Beretta, Esq.
Maria J. Goncalves, Esq.
ADLER, POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Fl.
Providence, RI 02903

Kevin McKenna, Esq.
KEVIN McKENNA, P.C.
23 Acorn St.
Providence, RI 02903

Leonard DePasquale, Esq.
United States Trustee
U.S. Trustee's Office
10 Dorrance St., Room 910
Providence, RI 02903

Edward D. Feldstein, Esq.
Adam C. Robitaille, Esq.
Edward G. Avila, Esq.
ROBERTS, CARROLL, FELDSTEIN & PIERCE
10 Weybosset St., 8th Floor
Providence, RI 02903

Richard L. Gemma, Esq.
MacADAMS & WIECK
10 Dyer Street, 4th Floor
Providence, RI 02903

Patrick T. Conley, Esq.
1445 Wampanoag Trail, Suite 203
East Providence, RI 02915

Karen Davidson, Esq.
One Ship Street
Providence, RI 02903
Andrew S. Harmon, Esq.

Thomas J. Walsh, Esq.
HARMON LAW OFFICE, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389

Cheryl Asquino, Esquire
Legal Counsel
NARRAGANSETT BAY COMMISSION
One Service Road
Providence, RI 02905

Robert Corrente, Esq.
William R. Grimm, Esq.
Amy Page Oberg, Esq.
HINCKLEY, ALLEN & SNYDER
1500 Fleet Center
Providence, RI 02903

Douglas H. Smith, Esq.
140 Reservoir Ave.
Providence, RI 02903

Merrill J. Friedmann, Esq.
51 Jefferson Blvd.
Warwick, RI 02888

INTERNAL REVENUE SERVICE
Insolvency Unit - 4th Floor
380 Westminster St.
Providence, RI 02903

Department of Employment and Training
Legal Services
1511 Pontiac Avenue
Cranston, RI 02920

United States Department of Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room 375
Boston, MA 02203

Steven M. McInnes, Esq.
38 Bellevue Ave.
Newport, RI 02840

Douglas J. Brady, Esq.
Jacobs & Brady P.C.
Attorneys at Law
7 Church Street
Christiansted, St. Croix
U.S. Virgin Islands 00820

John B. Daukas, Esq.
Gina Martin, Esq.
Daniel M. Glosband, P.C.
Exchange Place
53 State Street
Boston, MA 02109

Stacey P. Nakasian, Esq.
Christine K. Bush, Esq.
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903

Brian S. Stern
Principal Agent for the Receiver
SBA, as Receiver for Fairway Capital Corp.
666 Eleventh St., N.W. - Suite 200
Washington, DC 20001

Kevin D. Heitke, Esq.
1452 Broncos Highway, Suite 203
P.O. Box 556
Harrisville, RI 02830-0556

C. Scott Summer, Esq.
Joseph L. DeCaporale, Esq.
Montaquila & Summer, P.C.
400 Reservoir Avenue
Providence, Rhode Island 02903

Craig M. Scott, Esq.
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903

Jeffrey H. Gladstone, Esq.
Robert K. Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, Rhode Island 02903

Adam C. Robitaille, Esq.
Roberts, Carroll Feldstein & Pierce
10 Weybosset Street
Providence, Rhode Island 02903

Neal McNamara, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903

Ana-Marie Ciacco