UNITED STATES DISTRICTCOURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 00-035L |
| | : | |
| FAIRWAY CAPITAL CORPORATION | : | |

RECEIVED
JUL 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ORDER**

It is hereby ordered that the judicial stay, imposed by this Court's Order entered on March 13, 2000, be lifted for the limited purpose of allowing Joseph M. DiOrio, the Chapter 7 Trustee of Arnold Kilberg, to petition the Rhode Island Superior Court for a determination of whether one or more of the pending State Court Receivership Estates should be required to pay real estate taxes on Units 8 and 9 of the Washington Condominium owned by Hamlet Properties, LLC.

In the event Judge Silverstein decides that one or more of the State Court Receiverships should pay the real estate taxes on the Hamlet condominiums and enters an order to that effect, the State Court Receiver, for the entity or entities subject to that order, is authorized by this Court to disburse the funds in the manner and in the amount declared by Judge Silverstein without need for further Order from this Court.

~~BY ORDER~~:
ENTER:

Ronald R. Lagueux
Senior U.S. District Judge
July 11 , 2005

Entered as an Order of this Court on July 12 2005.

Deputy Clerk