# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

## CLERK'S MINUTES

**CASE NUMBER: CA 00-35L** **DATE: 7/12/05**

**TITLE OF CASE: US v. Fairway**

---

Senior District Judge - Ronald R. Lagueux

Courtroom clerk - Barbara J. Gilfillan

Court Reporter - Anne Clayton

---

Motion hearing re: Objection by Government of Virgin Island to disallowance of claim; arguments heard; Mr. Jacko for Virgin Islands ; Mr. Rigby for US; matter taken under advisement.