UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff(s)

v. C.A. No. 2000-035

FAIRWAY CAPITOL CORPORATION
Defendant(s)

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

FILED JUN 30 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

Claimant Government of the United States Virgin Islands hereby moves that John J. Jacko, III be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: complex commercial and creditors rights litigation (inclusive of receivership and other issues related to the case at bar.)
- Pro hac vice counsel's long-standing representation of the client: Government of the United States Virgin Islands
- The local trial bar lacks experience in the field of: __________
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: United States Virgin Islands
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: __________
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: Counsel for receiver has no objection to this motion.

(Claimant)
By: [signature]
Jeffrey S. Brenner (#4369)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Attorney for Government of the United States Virgin Islands

DATED: June 28, 2005

329

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New Jersey and Commonwealth of Pennsylvania, and of the following Federal District Court and Court of Appeals bar(s) District of New Jersey and Eastern, Western, and Middle Districts of Pennsylvania and Court of Appeals for the Third Circuit, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided.)

(5) I understand that my obligation to notify the Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

John J. Jacko 6-27-05
Name John J. Jacko, III

Buchanan Ingersoll PC
Firm Name

1835 Market Street, 14th Floor
Philadelphia, PA 10106
Business Address

(215) 665-3923
Tel. #

(215) 665-8760
Fax #

Local Associate Counsel Jeffrey S. Brenner

4369
R.I. Bar ID #

Nixon Peabody LLP
Firm Name

One Citizens Plaza, Suite 500
Providence, RI 02903
Business Address

(401) 454-1000
Tel #

(401) 454-1030
Fax #

---

**Order :** This motion is hereby GRANTED

Ronald R. Lagueux
U.S. District Judge
Dated: 7/13/05