**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **C.A. No. 00-035L** |
| | : | |
| **FAIRWAY CAPITAL CORPORATION** | : | |

# ORDER

This matter came before the Court for hearing on July 12, 2005 in connection with the Motion filed by Gregory T. Parkos, Trustee of the Gregory T. Parkos Irrevocable Trust – 1994 and Joan M. Parkos Moran, Trustee of the Joan M. Parkos Irrevocable Trust – 1994 collectively ("Parkos") objecting to the Receiver's Notice of Recommended Disposition of Claims. In consideration of the Parkos' Motion, the Receiver's opposition thereto, and after hearing thereon, it is hereby:

ORDERED that the Fairway Receiver's recommended disposition of the Parkos' claims was appropriate.

It is further ORDERED that the Parkos' Motion is denied, and the provisions of this Court's February 16, 2005 Order determining the Parkos' claims are now final and effective.

ENTERED as an order of this Court this _______ day of July, 2005.

ENTER: ORDER:

Ronald R. Lagueux (signature)
Honorable Ronald Lagueux
Sr. United States District Judge
7/15/05

(signature)
Clerk