# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff,

v.

FAIRWAY CAPITAL CORPORATION,
Defendant.

C.A. No. 00-035 L

## MOTION FOR RELIEF FROM STAY AND FOR AUTHORIZATION AND DIRECTION FOR DISBURSEMENT OF PROCEEDS

Nancy Troy Lovett and the Nancy Troy Lovett Self-Directed Individual Retirement Account (the "Lovetts"), through counsel, hereby move for relief from stay and for authorization and direction for the Receiver of Northeast Capital Corporation to disburse to the Nancy Troy Lovett Self-Directed Individual Retirement Account certain proceeds from the sale of Unit #11 at 19-23 South Angell Street, Providence, Rhode Island, in partial satisfaction of a mortgage lien claim. In support of their motion, the Lovetts rely upon the accompanying Memorandum of Law.

The Fairway Capital Corporation Receiver does not oppose this motion. A consented to order is attached.

NANCY TROY LOVETT and THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Jeffrey H. Gladstone (#3286)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200 / (401) 861-8210 FAX

DATED: July ___, 2005

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR RELIEF FROM STAY AND AUTHORIZATION TO DISBURSE PROCEEDS was mailed, postage prepaid, on this 27 day of July, 2005 to:

Joseph P. Ferrucci, Esq.
Receiver of Northeast Capital Corporation
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

Thomas W. Rigby, Esq.
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416

Stacey P. Nakasian, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place
Suite 1200
Providence, RI 02903

Robert Corrente, Esq.
Christopher Bush, Esq.
Hinckley Allen Snyder, LLP
1500 Fleet Center
Providence, RI 02903

Lisa Dinerman, Esq.
Assistant United States Attorney
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Allan E. Hanson, Esq.
District Counsel
SBA Providence District Office
380 Westminster Mall, 5th Floor
Providence, RI 02903

Arlene P. Messinger, Esq.
Assistant General Counsel
SBIC Enforcement
Office of the General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

C. Scott Summer, Esq.
Joseph L. DeCaporale, Esq.
Montaquila & Summer, P.C.
400 Reservoir Avenue
Providence, RI 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, RI 02906

Gregory W. Hamilton, Esq.
P.O. Box 2376
Providence, RI 02906

Frank D. Kirby, Esq.
Douglas J. Gervolino, Esq.
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

K. Joseph Shekarchi, Esq.
33 College Hill Road
Suite 15E
Warwick, RI 02886

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906

William J. Delaney, Esq.
Tillinghast, Licht
10 Weybosset Street, Suite 100
Providence, RI 02903

Jeffrey S. Brenner, Esq.
Nixon Peabody, LLP
One Citizens Plaza
7th Floor
Providence, RI 02903

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Lawrence S. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, RI 02888

Thomas E. Carlotto, Esq.
Michael W. Carroll, Esq.
Shechtman, Halperin, Savage, LLP
86 Weybosset Street
Providence, RI 02903

809415_1/3210-2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>FAIRWAY CAPITAL CORPORATION,<br>Defendant. | C.A. No. 00-035 L |

## CONSENT ORDER

The above-entitled receivership proceeding having come before the Honorable Ronald R. Lagueux upon the motion of Nancy Troy Lovett and the Nancy Troy Lovett Self-Directed Individual Retirement Account (the "Lovetts"), for relief from stay and for authorization and direction for Joseph P. Ferrucci, Esq., Receiver of Northeast Capital Corporation ("Northeast Receiver") to pay a claim previously approved by the Rhode Island Superior Court and to disburse to the Nancy Troy Lovett Self-Directed Individual Retirement Account, certain proceeds from the sale of Unit #11 at 19-23 South Angell Street, Providence, Rhode Island, in partial satisfaction of a mortgage lien claim. There being no objection by this Court's Receiver for Fairway Capital Corporation, United States Small Business Administration, by agreement of the parties, it is hereby

**ORDERED, ADJUDGED and DECREED:**

1. The Lovetts' motion for relief from stay and for authorization and direction for the Northeast Receiver to disburse certain proceeds from the sale of Unit #11 at 19-23 South Angell Street, Providence, Rhode Island is GRANTED.

2. The Northeast Receiver is hereby authorized and directed to pay the claim approved by the Rhode Island Superior Court and to disburse to Lincoln Trust Company for the benefit of the Nancy Troy Lovett Self-Directed Individual

Retirement Account monies collected in connection with the Receiver's sale of Unit #11 at 19-23 South Angell Street, Providence, Rhode Island, net of expenses, less a reserve for administrative fees and expenses, up to the sum of $234,000.00 in partial satisfaction of the Nancy Troy Lovett Self-Directed Individual Retirement Account's mortgage lien claim.

3. This Order is without prejudice to the Lovetts' ability to pursue their claims against the Northeast Receiver for mortgage interest in the future.

Agreed, stipulated and consented to:

NANCY TROY LOVETT and THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Jeffrey H. Gladstone (#3286)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: July 27, 2005

UNITED STATES SMALL BUSINESS ADMINISTRATION
Duly appointed Permanent Receiver of Fairway Capital Corporation

By Its Attorneys,

DUFFY SWEENEY & SCOTT, LTD.

Stacey Nakasian /RKT

Stacey P. Nakasian (#5069)
One Turks Head Place
Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 FAX

DATED: July 27, 2005

ENTER:

Honorable Ronald R. Lagueux
Senior United States District Court Judge
DATED:

PER ORDER:

Clerk

809417_1/3210-2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>FAIRWAY CAPITAL CORPORATION,<br>Defendant. | C.A. No. 00-035 L |

**MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM STAY AND FOR AUTHORIZATION AND DIRECTION FOR DISBURSEMENT OF PROCEEDS**

Now come Nancy Troy Lovett and the Nancy Troy Lovett Self-Directed Individual Retirement Account (the "Lovetts"), through counsel, and hereby move this Honorable Court for relief from stay and for authorization and direction for Joseph P. Ferrucci, Esq., Receiver of Northeast Capital Corporation ("Northeast Receiver"), to disburse to the Nancy Troy Lovett Self-Directed Individual Retirement Account ("Lovett SDIRA"), certain proceeds from the sale of Unit #11 at 19-23 South Angell Street, Providence, Rhode Island, in partial satisfaction of a mortgage lien claim. The Rhode Island Superior Court has approved and authorized the Northeast Receiver to pay the claim as to principal due and owing, subject to this Court's lift of stay and approval.

The Lovetts state the following:

1. Northeast Capital Corporation ("Northeast") is indebted to the Lovett SDIRA under a promissory note (the "Note") secured by an open-end mortgage deed dated December 29, 1992. The mortgage deed is for property located at 19-23 South Angell Street, Providence, Rhode Island (the "Property"). Copies of the Note and mortgage deed are attached as Exhibits A and B.

2. The Note is in default. Northeast has not repaid the Lovett SDIRA principal of $234,000 which is due and owing. Exhibit C.

3. In addition to the principal sum set forth in paragraph 2 hereof, the Lovetts have filed a claim with the Receiver of Northeast Capital Corporation for additional sums of mortgage interest.

4. The Rhode Island Superior Court issued an order appointing Joseph Ferrucci, Esq. the Northeast Receiver on June 29, 2004.

5. The Northeast Receiver has recently secured an order approving the sale of Unit #11 at the Property. The buyer of Unit #11 has agreed to pay $286,000.

6. The Rhode Island Superior Court has approved and authorized the Northeast Receiver to pay the Lovett SDIRA's claim for principal due under the Note, subject to this Court's lift of stay and approval. A copy of the Superior Court order is attached as Exhibit D.

7. The Lovetts seek an order authorizing and directing the Northeast Receiver to turn over funds to pay the claim approved by the Rhode Island Superior Court, without prejudice to their ability to pursue their claims for mortgage interest in the future.

8. The Fairway Receiver does not oppose this motion.

WHEREFORE, the Lovetts respectfully request this Honorable Court enter the proposed order filed herewith (i) granting relief from stay; (ii) authorizing and directing the Northeast Receiver to pay the claim approved by the Rhode Island Superior Court and to disburse to Lincoln Trust Company, for benefit of the Lovett SDIRA, monies collected in connection with the Northeast Receiver's sale of Unit #11 at the Property, net of expenses, less a reserve for administrative fees and expenses, up to the sum of $234,000 in partial satisfaction of

the Lovett SDIRA's claim; and (iii) granting such other and further relief as this Honorable Court deems proper.

NANCY TROY LOVETT and THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Jeffrey H. Gladstone (#3286)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: July 27, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RELIEF FROM STAY AND AUTHORIZATION TO DISBURSE PROCEEDS was mailed, postage prepaid, on this 27 day of July, 2005 to:

Joseph P. Ferrucci, Esq.
Receiver of Northeast Capital Corporation
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

Thomas W. Rigby, Esq.
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416

Stacey P. Nakasian, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place
Suite 1200
Providence, RI 02903

Robert Corrente, Esq.
Christopher Bush, Esq.
Hinckley Allen Snyder, LLP
1500 Fleet Center
Providence, RI 02903

Lisa Dinerman, Esq.
Assistant United States Attorney
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Allan E. Hanson, Esq.
District Counsel
SBA Providence District Office
380 Westminster Mall, 5th Floor
Providence, RI 02903

Arlene P. Messinger, Esq.
Assistant General Counsel
SBIC Enforcement
Office of the General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

C. Scott Summer, Esq.
Joseph L. DeCaporale, Esq.
Montaquila & Summer, P.C.
400 Reservoir Avenue
Providence, RI 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, RI 02906

Gregory W. Hamilton, Esq.
P.O. Box 2376
Providence, RI 02906

Frank D. Kirby, Esq.
Douglas J. Gervolino, Esq.
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

K. Joseph Shekarchi, Esq.
33 College Hill Road
Suite 15E
Warwick, RI 02886

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, RI 02906

Jeffrey S. Brenner, Esq.
Nixon Peabody, LLP
One Citizens Plaza
7th Floor
Providence, RI 02903

Lawrence S. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, RI 02888

William J. Delaney, Esq.
Tillinghast, Licht
10 Weybosset Street, Suite 100
Providence, RI 02903

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Thomas E. Carlotto, Esq.
Michael W. Carroll, Esq.
Shechtman, Halperin, Savage, LLP
86 Weybosset Street
Providence, RI 02903

______________________________

809356_1/3210-2

**PROMISSORY NOTE**

$234,000.00

Providence, Rhode Island
December 29, 1992

FOR VALUE RECEIVED, the undersigned, **NORTHEAST CAPITAL CORPORATION**, a Rhode Island corporation with a principal place of business at 99 Wayland Avenue, Providence, Rhode Island (the "BORROWER") unconditionally promises to pay to the order of the **NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT** (the "**LENDER**") c/o Citizens Bank & Trust Company, as Custodian at its business address of One Citizens Plaza, Providence, Rhode Island, or at such other place as may be designated in writing by the holder hereof, the principal sum of **TWO HUNDRED THIRTY-FOUR THOUSAND AND NO/100 ($234,000.00) DOLLARS**, together with interest in arrears from the date hereof on the unpaid principal balances from time to time outstanding hereunder, at the rate of NINE (9%) PERCENT per annum. Interest shall be calculated daily on the outstanding principal balance on the basis of a 360 day year counting the actual number of days elapsed.

Interest only shall be payable monthly in arrears on the principal balance hereof from time to time outstanding at the aforesaid NINE (9%) PERCENT annual rate of interest commencing on January 29, 1993 and continuing on the same day of each succeeding month until November 29, 1993. Thereafter a final payment of the then unpaid principal balance plus all accrued interest and unpaid charges and expenses shall be made on December 29, 1993.

Notwithstanding anything herein to the contrary, in no event shall the interest charged, reserved and/or taken on the loan evidenced hereby, exceed the maximum allowed by and determined in accordance with applicable law. Any payments of interest in excess of any such limit shall be credited to the principal balance.

If any payment to be made hereunder is not paid when due, the undersigned agrees to pay a late charge of five ($.05) cents for each one dollar or fraction thereof of the amount of such overdue payment, to be paid upon receipt of LENDER's invoice for the same. Notwithstanding any provision hereof or contained in any instrument now or hereafter securing this Note, the total liability for payments in the nature of interest hereunder shall not exceed the limits imposed by the usury law of the State of Rhode Island.

The Borrower reserves the right at the time any one of said installments of principal and/or interest shall become due and payable to pay this Note in full or in part without the payment of premium or penalty thereon.

Any payments or prepayments received under this Note shall be

credited, first, to any interest due and any expenses or charges owing hereunder and, second to the reduction of the principal outstanding hereunder.

The undersigned and any guarantor or endorser hereof (collectively "OBLIGORS"): (i) waives presentment, demand, notice of demand, protest, notice of protest and notice of nonpayment and any other notice required to be given under the law to any of OBLIGORS in connection with the delivery, acceptance, performance, default or enforcement of this Note, or any document or instrument evidencing any security for payment of this Note; (ii) consents to any and all delays, extensions, renewals or other modifications of this Note or waivers of any term hereof or release or discharge by Lender of any of OBLIGORS or release, substitution or exchange of any security for the payment or the failure to act on the part of Lender or any other indulgence shown by Lender from time to time and in one or more instances (without notice to or further assent from any of OBLIGORS) and agrees that no such action, failure to act or failure to exercise any right or remedy on the part of LENDER shall in any way affect or impair the obligations of any OBLIGOR or be construed as a waiver by LENDER of, or otherwise affect, any of LENDER's rights under this Note, or under any document or instrument evidencing any security for payment of this Note; and (iii) agrees to pay, on demand, all costs and expenses of collection of this Note and/or the enforcement of LENDER's rights with respect to, or the administration, supervision, preservation, protection of, or realization upon, any property securing payment hereof, including reasonable attorney's fees.

The following shall constitute Events of Default hereunder:

(i) default in the making of any payment due hereunder when the same shall first become due and payable upon fifteen (15) days prior written notice thereof to Borrower;

(ii) default in the performance of any obligations of any OBLIGOR to LENDER other than the payment of monies, whether under this Note, any mortgage for this Note, or any security instrument for this Note, continuing for thirty (30) days after written notice to the undersigned is sent by LENDER (by certified mail, return receipt requested), unless performance of any such obligation cannot be accomplished within such thirty (30) day period in which case if such OBLIGOR shall fail to commence performance and continue the same diligently thereafter.

Upon the occurrence of an Event of Default, the entire balance outstanding hereunder and all other liabilities of all OBLIGORS to LENDER shall, at the option of the holder hereof, become forthwith due and payable, without presentment, notice, protest or demand of any kind (all of which are expressly waived by OBLIGORS and each of them) for the payment of the whole or any part hereof. Failure at any time to exercise any of the aforesaid options or any other

rights of Lender hereunder shall not constitute a waiver thereof, nor shall it be a bar to the exercise of any of the aforesaid options or rights at a later date.

This Note is delivered in and shall be construed under the laws of the State of Rhode Island, without reference to its conflict of laws principles, and in any litigation in connection with, or enforcement of, this Note, or any endorsement or guaranty of this Note or any security given for payment hereof or of any guaranty hereof, **THE OBLIGOR WAIVES TRIAL BY JURY** and consents to and confers personal jurisdiction on courts of the State of Rhode Island or of the Federal Government and the Obligor agrees that any cause of action arising between the parties, whether under this Note or any other agreement shall be brought only in a court having jurisdiction and venue at the address of LENDER set forth above. The term "LENDER" shall include LENDER's successors, endorsees and assigns.

This Note is secured by a first mortgage on property located at 19-23 South Angell Street, Providence, Rhode Island. The provisions of said mortgage include terms whereby the indebtedness under this Note may be accelerated.

[signature]
WITNESS

NORTHEAST CAPITAL CORPORATION

By: [signature]
Arnold Kilberg, President

(WJO:jla/3 REALEST\LOVETIRA.NEC\NOTE)

# MORTGAGE DEED

(Open-End Mortgage to secure present and future loans under Chapter 25 of Title 34)

**NORTHEAST CAPITAL CORPORATION** of 99 Wayland Avenue, Providence, Rhode Island ("Mortgagor"), for consideration paid, grants to the **NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT** ("Mortgagee") c/o Citizens Bank and Trust Company, Custodian at its business address of One Citizens Plaza, Providence, Rhode Island ("Mortgagee") with **MORTGAGE COVENANTS**, to secure the obligations of Mortgagor to the Mortgagee, including without limitation a Promissory Note from the Mortgagor to the Mortgagee of even date herewith in the principal amount of $234,000.00, all of Mortgagor's interest in the following land and other property: the parcel of land described on Exhibit "A" hereto attached with all the buildings and improvements thereon or that may be placed thereon hereafter and all appurtenances and fixtures placed in or upon said land or the buildings or improvements, including, without limitation, those used for heating, ventilation, air conditioning, plumbing and lighting purposes now or hereafter on or attached thereto.

This mortgage is made upon the STATUTORY CONDITION and with the STATUTORY POWER OF SALE.

This is a mortgage to secure present and future loans under Chapter 25 of Title 34. The maximum principal amount of the loan to the Mortgagor to be secured hereby is $234,000.00.

Executed this 22th day of December, 1992.

In presence of:

William J. O'Brien Jr.

NORTHEAST CAPITAL CORPORATION

By: Arnold Kilberg, President
Arnold Kilberg, President

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence on the 29th day of December, 1992, before me personally appeared ARNOLD KILBERG, President of NORTHEAST CAPITAL CORPORATION, to me known and known by me to be the party executing the foregoing instrument and he acknowledged said instrument by him

executed, to be his free act and deed, his free act and deed in his capacity as aforesaid and the free act and deed of **NORTHEAST CAPITAL CORPORATION.**

William J. O'Brien Jr.
William J. O'Brien, Jr. Notary Public
My commission expires: 7/7/93

Return to:
NORTHEAST CAPITAL CORPORATION
99 Wayland Avenue
Providence, RI 02906
ATTN.: Arnold Kilberg, President

Property Location:
19-23 South Angell Street
Providence, RI 02906

(WJO:jla/3 REALEST\LOVETRA.NEC\MORTGAGE)

**EXHIBIT "A"**

That certain parcel of land with all buildings and improvements thereon situated on the southerly side of South Angell Street in the City and County of Providence, State of Rhode Island; bounding northerly on South Angell Street eighty-two (82) feet, more or less; easterly on land now or lately of Charles J. Rogers, Alton Wiley and Robert Parriseault one hundred thirteen and 50/100 (113.50) feet, more or less; southerly on land now or lately of People's Savings Bank in Providence eighty-two (82) feet, more or less; and westerly in-part on land now or lately of J & J Realty Co. and in part on land now or lately of Citizens Trust Company, Nemas Robert Yaghjian and John Carolyn Papazian one hundred thirteen and 50/100 (113.50) feet, more or less. However otherwise described, being the same premises conveyed to David Golden by Pearl J. Pulner by deed dated October 31, 1980 and recorded in the Records of Land Evidence of the City of Providence, Rhode Island in Deed Book 1224 at Page 56.

(WJO;jla/2 REALEST\LOVETIRA.NEC\EXHA)

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

PROVIDENCE, SC. SUPERIOR COURT

NORMAN J. BOLOTOW,
Plaintiff,

v. C.A. No. 03-1199

NORTHEAST CAPITAL CORP., et al.,
Defendants.

## AFFIDAVIT OF NANCY TROY LOVETT

Nancy Troy Lovett, being duly sworn, deposes and states as follows:

1. I am over 21 years of age and have the capacity to make this affidavit.

2. I control and am the beneficiary of the Nancy Troy Lovett Self-Directed Individual Retirement Account ("Lovett S.D.I.R.A.").

3. In December 1992, the Lovett S.D.I.R.A. loaned $234,000 to Northeast Capital Corporation. The loan was evidenced by a promissory note and secured by a mortgage on real estate located at 19-23 South Angell Street in Providence, Rhode Island. The interest rate on the principal was 9% per annum.

4. Based on my personal knowledge and documents that I have reviewed, the principal amount of the Lovett S.D.I.R.A.'s $234,000 loan to Northeast Capital has never been repaid.

Nancy Troy Lovett
Nancy Troy Lovett

Subscribed and sworn to before me on this 27th day of July, 2005.

Elizabeth A. Pierce
Notary Public

Elizabeth A. Pierce
My Commission Expires 03/23/2008

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, SC. SUPERIOR COURT

NORMAN J. BOLOTOW,

Plaintiff,

v.

NORTHEAST CAPITAL CORPORATION, THE HAMLET LIMITED PARTNERSHIP and ARNOLD KILBERG,

Defendants.

P.M. No. 03-1199

## ORDER

This motion came on for hearing before Mr. Justice Michael A. Silverstein on the 15th day of June, 2005 on the motion of Nancy Troy Lovett and the Nancy Troy Lovett Self-Directed Individual Retirement Account (the "Lovetts"), for an order to allow in full the Lovetts' mortgage lien claim in the above-captioned matter and direct Joseph P. Ferrucci, Esq., Receiver for Northeast Capital Corporation, to disburse to the Lovetts proceeds from the sale of property at 19-23 South Angell Street, Providence, Rhode Island (the "Property"), which is subject to the Lovetts' first and second mortgages. After hearing thereon, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. The Lovetts' mortgage lien claim in favor of the Nancy Troy Lovett Self-Directed Individual Retirement Account is ALLOWED in the principal amount of $234,000;

2. Subject to the prior approval of the United States District Court for the District of Rhode Island, the Honorable Ronald R. Lagueux presiding, the Receiver shall disburse to Lincoln Trust Company, for benefit of the Nancy Troy Lovett Self-Directed

Filed 7-12-05 JR

Individual Retirement Account, monies collected in connection with the Receiver's sale of Unit #11 at the Property, net of expenses, less a reserve for administrative fees and expenses, in partial satisfaction of the Lovetts' claim; and

3. The Lovetts' mortgage lien claim is DENIED without prejudice with regard to interest due and owing on the mortgage lien claims which shall remain a claim against the receivership estate. Such interest claim can be resubmitted at any time.

ENTERED:

The Honorable Michael A. Silverstein
DATED: July 12, ~~205~~

ORDERED:

Jean Maggiacomo
Asst Supervisory Clerk
7-12-05

Presented by:

NANCY TROY LOVETT and THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

Jeffrey H. Gladstone (#3286)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: July 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ORDER was mailed, postage prepaid, on this 11th day of July, 2005 to:

Joseph P. Ferrucci, Esq.
Receiver of Northeast Capital Corporation
Ferrucci Russo P.C.
55 Pine Street
Providence, RI 02903

Maria J. Goncalves, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza
Eighth Floor
Providence, RI 02903

Joseph DiOrio, Esq.
Holland & Knight
One Financial Plaza
Suite 1800
Providence, RI 02903

Robert Corrente, Esq.
Hinckley Allen Snyder, LLP
1500 Fleet Center
Providence, RI 02903

William B. Delaney, Esq.
Tillinghast Licht Perkins Smith & Cohen, LLC
10 Weybosset Street
Providence, RI 02903

Thomas E. Carlotto, Esq.
Shechtman Halperin & Savage
86 Weybosset Street
Providence, RI 02903

Stacey P. Nakasian, Esq.
Duffy & Sweeney
One Turks Head Building
Providence, RI 02903

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Norman J. Bolotow, Esq.
95 Chestnut Street
Providence, RI 02903

Lawrence L. Goldberg, Esq.
92 Jefferson Boulevard
Warwick, RI 02888

Louis A. Geremia, Esq.
Geremia & DeMarco, Ltd.
1350 Division Road
Suite 102
West Warwick, RI 02886

Mr. Arnold Kilberg
642 Blackstone Boulevard
Providence, RI 02906

Mr. R. Gary Clark
Tax Administrator
One Capitol Hill
Providence, RI 02908

Tax Collector
City of Providence
City Hall
Providence, RI 02903

Kevin A. McKenna, Esq.
23 Acorn Street
Providence, RI 02903

Judith A. Assad, Esq.
P.O. Box 5880
Providence, RI 02903

Peter M. Scotti & Associates, Inc.
246 Hope Street
Providence, RI 02906

Pawtucket Water Supply Board
P.O. Box 1264
Providence, RI 02901

Patriot Disposal Company
2208 Plainfield Pike
Johnston, RI 02919

Mr. Michael Larson
Narragansett Electric
P.O. Box 960
Northborough , MA 01532

Sovereign Bank
15 Westminster Street
Providence, RI 02903

Providence Water Supply Board
552 Academy Avenue
Providence, RI 02908

Fire-Tee, Inc.
89 Prospect Street
Manville, RI 02838

Waste Management of RI
575 West Street
Suite 210
Mansfield, RI 02048

Deputy Tax Collector
P.O. Box 465
Assonet, MA 02702

Cheryl Asquino, Esq.
Narragansett Bay Commission
1 Service Road
Providence, RI 02905

800094_1/3210-2