IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Plaintiff,

v.

FAIRWAY CAPITAL CORPORATION

Defendant.

Civil Case No. 00-035L

**ORDER**

THIS CAUSE CAME before the Court on the Motion for Relief from Order and to Lift the Judicial Stay (the "Motion"), filed by the U.S. Small Business Administration as Receiver (the "Moneta Receiver") for Moneta Capital Corporation ("Moneta"). Upon consideration of the Receiver's Motion and Memorandum,

**IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:**

1. The Moneta Receiver's Motion is granted in its entirety;

2. The Moneta Receiver is granted relief from this Court's Order entered January 8, 2004, confirming the jurisdiction and scope of receivership order and the Judicial Stay imposed by this Court's Order of March 13, 2000, is lifted, for the limited purpose of permitting the Moneta Receiver to take any and all actions as are necessary to:

a. collect on account of its mortgage interest asserted against Northeast Capital Corporation relative to the sale of property located at 164 Front Street, Pawtucket, Rhode Island;

b. pursue such rights and remedies as the Moneta Receiver has in and to that certain property located in Dighton, Massachusetts as more particularly described in Exhibit A annexed to this Order; and

c. collect on account of a secured claim asserted against Governor Financial Center, LLC relative to an Order entered by this Court in case number 99-565L, permitting Joseph Ferrucci as State Court Receiver to sell a certain leasehold interest in property located on South Water Street, Providence, Rhode Island.

3. In all other respects and as pertaining to all other matters, claims and assets for which relief has not been specifically granted previously, the injunction and stay of the March 13, 2000 Order and the provisions of the January 8, 2004 Order remain in full force and effect.

**IT IS SO ORDERED.**

Dated: 8/3/05

Ronald R. Lagueux

THE HONORABLE RONALD LAGUEUX
Sr. UNITED STATES DISTRICT COURT JUDGE
8/3/05