UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | : | |
| V. | : | CA No. 00-035/L |
| FAIRWAY CAPITAL CORP., Defendant. | : | |

**GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS' MOTION FOR LEAVE TO FILE A SUR-REPLY TO THE RECEIVER'S REPLY MEMORANDUM**

Pursuant to Amended General Order #2002-01, Creditor, Government of the United States Virgin Islands (the "Virgin Islands") hereby moves for leave to file a two-page Sur-Reply Memorandum (attached as Exhibit A) in response to the Receiver's Reply Memorandum in Support of its Motion for Entry of an Order Approving the Receiver's Notice of Recommended Disposition of Claims Received in Response to Claims Bar Date.

Specifically, the Virgin Islands' two-page Sur-Reply Memorandum responds to several arguments raised in the Receiver's Reply Memorandum which directly responds to the Virgin Islands' Objection to the Receiver's initial Motion.

Accordingly, the Virgin Islands requests that this Court grant its Motion for Leave and consider the attached Sur-Reply Memorandum when determining the Receiver's Motion.

Creditor,
Government of the United States Virgin Islands,
By its Attorneys,

Granted:
Ronald R. Lagueux
SR. USDJ 9/6/05

Jeffrey S. Brenner (#4369)
Nixon Peabody LLP
One Citizens Plaza, 7th Floor
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030