# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff,

v.

FAIRWAY CAPITAL CORPORATION,
Defendant.

C.A. No. 00-035 L

## CONSENT ORDER

The above-entitled receivership proceeding having come before the Honorable Ronald R. Lagueux upon the motion of Nancy Troy Lovett and the Nancy Troy Lovett Self-Directed Individual Retirement Account (the "Lovetts"), for relief from stay and for authorization and direction for Joseph P. Ferrucci, Esq., Receiver of Northeast Capital Corporation ("Northeast Receiver") to pay a claim previously approved by the Rhode Island Superior Court and to disburse to the Nancy Troy Lovett Self-Directed Individual Retirement Account, certain proceeds from the sale of Unit #11 at 19-23 South Angell Street, Providence, Rhode Island, in partial satisfaction of a mortgage lien claim. There being no objection by this Court's Receiver for Fairway Capital Corporation, United States Small Business Administration, by agreement of the parties, it is hereby

**ORDERED, ADJUDGED and DECREED:**

1. The Lovetts' motion for relief from stay and for authorization and direction for the Northeast Receiver to disburse certain proceeds from the sale of Unit #11 at 19-23 South Angell Street, Providence, Rhode Island is GRANTED.

2. The Northeast Receiver is hereby authorized and directed to pay the claim approved by the Rhode Island Superior Court and to disburse to Lincoln Trust Company for the benefit of the Nancy Troy Lovett Self-Directed Individual

Retirement Account monies collected in connection with the Receiver's sale of Unit #11 at 19-23 South Angell Street, Providence, Rhode Island, net of expenses, less a reserve for administrative fees and expenses, up to the sum of $234,000.00 in partial satisfaction of the Nancy Troy Lovett Self-Directed Individual Retirement Account's mortgage lien claim.

3. This Order is without prejudice to the Lovetts' ability to pursue their claims against the Northeast Receiver for mortgage interest in the future.

Agreed, stipulated and consented to:

NANCY TROY LOVETT and THE NANCY TROY LOVETT SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNT

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP

[signature]

Jeffrey H. Gladstone (#3286)
Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: July 27, 2005

UNITED STATES SMALL BUSINESS ADMINISTRATION
Duly appointed Permanent Receiver of Fairway Capital Corporation

By Its Attorneys,

DUFFY SWEENEY & SCOTT, LTD.

Stacey Nakasian / RKT

Stacey P. Nakasian (#5069)
One Turks Head Place
Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 FAX

DATED: July 27, 2005

ENTER:

Ronald R. Lagueux

Honorable Ronald R. Lagueux
Senior United States District Court Judge
DATED: 9/6/05
809417_1/3210-2

PER ORDER:

[signature]

Clerk