COPY

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No.: 2000-035-ML |
| | ) | |
| vs. | ) | |
| | ) | |
| FAIRWAY CAPITAL CORPORATION, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**NOTICE OF CLAIM**
**OF THE GOVERNMENT OF THE VIRGIN ISLANDS**

The undersigned counsel, on behalf of the GOVERNMENT OF THE VIRGIN ISLANDS ("Government"), hereby assert the within written claim with the United States Small Business Administration, Receiver for Fairway Capital Corporation ("SBA") as so ordered by the Published Notice to creditors or claimants of Fairway Capital Corporation ("Fairway"). In submitting the within Notice of Claim to the SBA, the Government of the Virgin Islands reserves all of its rights as to jurisdiction and further, reserves all of its rights as to the claim, and supporting documents submitted hereto, in support of its claim(s).

The Government provides the within Notice of Claim to the SBA of its claim or claims against Fairway Capital Corporation, the Fairway Receivership Estate or assets or funds in the hands of the United States Small Business Administration as Receiver for Fairway Capital Corporation in the format requested in the aforementioned Published Notice.

## I. NAME, ADDRESS AND TELEPHONE NUMBER OF CLAIMANT:

Government of the Virgin Islands
C/o Office of the Attorney General
V.I. Department of Justice
6040 Castle Coakley
Christiansted
St. Croix, U.S.V.I. 00820
Tel. No.: (340) 773-0295
Fax No.: (340) 773-1425

Government of the Virgin Islands
C/o Office of the Attorney General
V.I. Department of Justice
GERS Building, 2nd Floor
48B-50C Kronprindsens Gade
St. Thomas, U.S.V.I. 00802
Tel. No.: (340) 774-5666
Fax No.: (340) 774-9710

## II. AMOUNT OF THE CLAIM:

The amount of the monetary claim of the Government of the Virgin Islands is in excess of $1,000,000.00 (one million dollars) which includes, but is not limited to, past rents, late fees and charges, penalties, interest and taxes of any kind. The Government also has an equitable claim, as the undisputed owner of the property, for immediate possession of the subject property. The basis and grounds for the claim are set forth in the Government's lawsuit for debt and eviction, Government of the Virgin Islands v. Legend Resorts, L.P. v. Participation Services, Inc., Civil No. 612/1996 (in the Territorial Court of the Virgin Islands, Division of St. Croix) ("Litigation"). See also pleadings and submissions attached hereto from the Litigation and, also, the Affidavits submitted on behalf of the Government in further support of its claim for monetary damages and equitable relief.

The general breakdown for the Government's monetary claim, separate and apart from its equitable claim for possession, is as follows:

- Unpaid rent, and related late charges, interest and other arrearages due to the Government in excess of **$384,946.75** (three hundred eighty-four thousand, nine

## III. THE SPECIFIC GROUND FOR EACH CLAIM:

The specific grounds for the claims for eviction and debt are set forth in the Complaint, pleadings, motions or submissions which have been filed in the Litigation by the Government, and as further supported by the documents or submissions which are attached hereto and indexed for the SBA, including a Table of Contents for Stipulated Documents (Parts I and II).

On or about October 4, 1996, the Government of the Virgin Islands filed the civil action for eviction and debt against Legend Resorts, L.P., a limited partnership organized in the State of Rhode Island. The action was brought by the Government for the immediate possession of Protestant Cay, including all permanent improvements thereon, due to certain defaults, breaches or failures under a lease. The amount of the claim by the Government is supported, in relevant part, by documents attached hereto. Briefly, without waiver of the positions set forth by the Government in the Litigation, a corporation by the name of Pantheon Enterprises, Inc., formally Participation Services, Inc., intervened in the Government's eviction lawsuit against Legend Resorts, L.P., claiming to be a successor-in-interest to Fairway Capital Corporation and a creditor-in-possession of the subject property. Prior to the SBA Notice of Appointment of Receiver and Judicial Stay dated March 31, 2000 ("Stay Order"), the Government moved for summary judgment in order to take immediate possession of the premises and, further, moved to set aside stipulated settlements in the Litigation. For a more comprehensive summary and analysis of the basis of the claim, the history of the lease and subject property, and the history of the Litigation, the Government directs the SBA to its

Government's Motion for Immediate Possession of Protestant Cay, for Summary Judgment Against Participation Services, Inc., to Set Aside Stipulated Settlements and to Reinstate Intervenor Complaints (and exhibits attached thereto) (copy enclosed).

Furthermore, for the period of time that Hotel on the Cay was operated by Legend Resorts, L.P., Participation Management Company, Participation Services Corporation, Inc., and/or Pantheon Enterprises, Inc., Fairway Capital Corporation is liable for the aforementioned liabilities under several legal theories, including alter ego, nominee, successor-in-interest and/or transferee of said corporation and entities. Furthermore, Fairway Capital Corporation is liable for the aforementioned unpaid liabilities to the extent that Fairway claims to be the lessee of the property, either as a foreclosure sale purchaser or as the holder of a lease with the Government of the Virgin Islands, the undisputed owner of the subject property.

## IV. DATE ON WHICH THE OBLIGATION WAS ALLEGEDLY INCURRED BY FAIRWAY OR THE FAIRWAY RECEIVER

For the period of time that Hotel on the Cay was operated by Legend Resorts, L.P., Participation Management Company, Participation Services Corporation, and/or Pantheon Enterprises, Inc., Fairway Capital Corporation is liable for the aforementioned liabilities under several legal theories, including alter ego, nominee, successor-in-interest and/or transferee of said corporation and entities, from the date that Legend Resorts. L.P. took possession of the property, on or about **December 28, 1990**. Furthermore, from in or about 1992, Fairway Capital Corporation is liable for the aforementioned liabilities as creditor-in-possession. Furthermore, from on or about July 12, 1994, the date upon which an assignment of a mortgage was executed by or on behalf of Fairway Capital

Corporation, and from which date the property was operated by Participation Management Company and Participation Services Corporation, Inc. on behalf of Fairway Capital Corporation, Fairway is liable for the aforementioned liabilities as alter ego, nominee, successor-in-interest and/or transferee, and as discussed at further length in the Government's Motion for Immediate Possession of Protestant Cay, for Summary Judgment Against Participation Services, Inc., to Set Aside Stipulated Settlements and to Reinstate Intervenor Complaints (and exhibits attached thereto).

Respectfully submitted,

IVER A. STRIDIRON
ATTORNEY GENERAL

By: [signature]

Richard M. Prendergast
Assistant Attorney General
V.I. Department of Justice
6040 Castle Coakley
Christiansted
St. Croix, U.S.V.I. 00820
Tel.: (340) 773-0295
Fax: (340) 773-1425

BUCHANAN INGERSOLL
PROFESSIONAL CORPORATION
H. Marc Tepper
Eleven Penn Center, 14th Floor
1835 Market Street
Philadelphia, PA 19103-2985
(215) 665-8700

Attorneys for the Government of
the Virgin Islands

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that, on this 2d day of August, 2001, service of the foregoing **Notice of Claim of the Government of the Virgin Islands (including three binders of exhibits)** has been made upon the following, as follows:

✓ by causing a copy of same to be deposited in the United States Express Mail, postage prepaid,

✓ by causing a copy of same (without exhibits and enclosures) to be faxed to the offices of the party's attorney,

____ by causing a copy of same to be delivered, by messenger, to the offices of the party's attorney,

addressed as follows:

United States Small Business Administration,
Receiver for Fairway Capital Corporation
Stephen D. Jones, Principal Agent
666 11th Street, N.W., Suite 200
Washington, D.C. 20001-4542

Juanita Conde
Juanita Conde
Legal Secretary