**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff** | **Civil Case No. 00-035-L** |
| v. | **Judge Ronald R. Lagueux** |
| **FAIRWAY CAPITAL CORPORATION** | |
| **Defendant** | **[proposed] ORDER** |

**ORDER APPROVING THE THIRD RECEIVER'S REPORT FOR THE PERIOD AUGUST 1, 2002 TO JULY 31, 2005**

THIS CAUSE COMING on the Motion of the U.S. Small Business Administration, as Receiver for Fairway Capital Corporation and the Third Receiver's Report for the period from August 1, 2002 to July 31, 2005 (the "Third Receiver's Report"), and this Court being duly advised as to the merits,

THIS COURT FINDS that the acts, transactions, receipts, and disbursements (with the exception of invoicing discrepancies thereto noted by the Receiver) described in the Third Receiver's Report were in the best interests of the receivership estate and should be approved and confirmed as described therein.

THIS COURT FURTHER FINDS that the Receiver properly noted discrepancies in the disbursements, and the Receiver's actions to recoup any excepted amount should be approved and confirmed.

IT IS HEREBY ORDERED AND DECREED THAT:

The Third Receiver's Report and the acts, transactions, receipts, and disbursements

(with the exception of invoicing discrepancies thereto noted by the Receiver) and the settlements reported therein are approved and confirmed as described therein; and

The Receiver's notation of discrepancies in the disbursements for certain contractor invoicing, and the Receiver's settlement of said contractor invoicing discrepancies and release of security for payment of the settlement amount are approved and confirmed, and the Receiver is authorized to close this matter.

SO ORDERED, this 15th day of DEC., 2005, at Providence, Rhode Island.

Ronald R. Lagueux
HONORABLE RONALD R. LAGUEUX
SENIOR UNITED STATES DISTRICT JUDGE