**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**
FILE NUMBER C.A. No. 00-035L

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>FAIRWAY CAPITAL CORPORATION<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | NOTICE OF APPEAL |

Notice is hereby given that claimant, Government of the Virgin Islands in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the decision and order dated for the 8th day of June, 2006 (entered on the docket on June 9, 2006).

Respectfully submitted,

Jeffrey S. Brenner (#4369)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel.: (401) 454-1000
Fax: (401) 454-1030

BUCHANAN INGERSOLL PC
H. Marc Tepper
John J. Jacko III
1835 Market Street, 14th Floor
Philadelphia, PA 19103-2985
Tel.: (215) 665-8700
Fax: (215) 665-8760

Attorneys for Claimant
Government of the Virgin Islands

Dated: June 30, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2006, I caused to be served a true and correct copy of the foregoing Notice of Appeal, Appearance Form, and Transcript Order Forms via first-class U.S. Mail, postage prepaid upon the following counsel and parties of record:

Eugenia M. Carris, Esquire
U.S. Attorney's Office
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Lisa Dinerman, Esquire
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Thomas W. Rigby, Esquire
U.S. Small Business Administration
Office of General Counsel
409 3rd Street, S.W. 7th Floor
Washington, DC 20416

Joseph L. DeCaporale, Jr., Esquire
400 Reservoir Avenue
Providence, RI 02905

Scott J. Summer, Esquire
Montaquila & Summer, P.C.
Calart Tower
400 Reservoir Avenue, Suite 3A
Providence, RI 02907

Joseph Michael DiOrio, Esquire
Peter A. Frazier, Esquire
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903-0819

Kevin D. Heitke, Esquire
P.O. Box 556
Harrisville, RI 02830

Andrew S. Richardson, Esquire
182 Waterman Street
Providence, RI 02906

Gregory W. Hamilton, Esquire
319 Hope Street
Providence, RI 02906

Arnold Kilberg, Esquire
Arnold Kilberg & Co.
285 Governor Street
Providence, RI 02903

Lawrence Lou Goldberg, Esquire
Lawrence L. Goldberg Law Associates
96 Jefferson Boulevard
Warwick, RI 02888

William J. Delaney, Esquire
Tillinghast Licht LLP
10 Weybosset Street, 10th Floor
Providence, RI 02903-1288

Arlene P. Messinger, Esquire
U.S. Small Business Administration
Chief Counsel, SBIC Litigation
409 Third Street, S.W., 7th Floor
Washington, DC 20416

Craig M. Scott, Esquire
Robert M. Duffy, Esquire
Stacey P. Nakasian, Esquire
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Edward J. Bertozzi, Jr., Esquire
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

George M. Prescott, Jr., Esquire
300 Front Street
P.O. Box A
Lincoln, RI 02865

Thomas E. Carlotto, Esquire
Shechtman Halperin Savage LLP
86 Weybosset Street
Providence, RI 02903

William Richard Grimm, Esquire
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Christopher R. Bush, Esquire
Attorney General's Office
150 South Main Street
Providence, RI 02903

Jeffrey H. Gladstone, Esquire
Robert K. Taylor, Esquire
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Jeffrey S. Brenner