UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

June 30, 2006

Richard Donovan
Clerk of Court
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, MA 02210

RE: ***CA 00-35L***

Dear Mr. Donovan:

Enclosed herewith you will find a notice of appeal and a certified copy of the docket entries in the above entitled case. Please acknowledge receipt of this appeal by returning a stamped copy of this letter.

Very truly yours,

David A. DiMarzio
Clerk of Court

*Barbara J. Gilfillan*
DEPUTY CLERK

ENC: Certified Docket