**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff** | ) | **Civil Case No. 00-035-L** |
| **v.** | ) | **Judge Ronald R. Lagueux** |
| **FAIRWAY CAPITAL CORPORATION** | ) | |
| **Defendant** | ) | |

**MOTION OF THE U.S. SMALL BUSINESS ADMINISTRATION AS RECEIVER FOR FAIRWAY CAPITAL CORPORATION FOR ENTRY OF AN ORDER APPROVING THE FOURTH RECEIVER'S REPORT FOR THE <u>PERIOD AUGUST 1, 2005 TO JULY 31, 2006</u>**

COMES NOW the U.S. Small Business Administration, as Receiver for Fairway Capital Corporation (the "Receiver"), by its undersigned counsel, and hereby moves this Court to enter the [proposed] Order filed herewith as Exhibit A which approves and confirms the Fourth Receiver's Report for the period from August 1, 2005 to July 31, 2006 (the "Fourth Receiver's Report"), which is submitted herewith, and the acts, transactions, receipts, and disbursements reported therein.

The Fourth Receiver's Report, a Memorandum of Law, and the [proposed] Order are submitted concurrently herewith.

Respectfully submitted,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for Fairway Capital Corporation

Dated: October 10, 2006

By: /s/ Thomas W. Rigby

Thomas W. Rigby
(DC Bar No. 463532; Virginia Bar No. 34663)
Chief Counsel for SBIC Litigation,
Office of SBIC Enforcement,
Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., 7th Floor
Washington, DC 20416
Tel: (202) 619-1610
FAX: (202) 205-7154

Attorney for the Receiver

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff** | ) | **Civil Case No. 00-035-L** |
| **v.** | ) | **Judge Ronald R. Lagueux** |
| **FAIRWAY CAPITAL CORPORATION** | ) | |
| | ) | **Memorandum** |
| **Defendant** | ) | |

**MEMORANDUM IN SUPPORT OF
MOTION OF THE U.S. SMALL BUSINESS ADMINISTRATION
AS RECEIVER FOR FAIRWAY CAPITAL CORPORATION FOR ENTRY OF AN
ORDER APPROVING THE FOURTH RECEIVER'S REPORT FOR THE
PERIOD AUGUST 1, 2005 TO JULY 31, 2006**

The U.S. Small Business Administration, as Receiver for Fairway Capital Corporation (the "Receiver"), by its undersigned counsel, moves this Court to approve and confirm the Fourth Receiver's Report for the period from August 1, 2005 to July 31, 2006 (the "Fourth Receiver's Report"), which is submitted herewith, and the acts, transactions, receipts, and disbursements reported therein.

## FACTS

The Receiver was appointed by an Order of this Court dated March 13, 2000 (the "Receivership Order") and was charged, among other things, with "marshaling and liquidating all of Fairway's assets and satisfying the claims of creditors therefrom in the order of priority as determined by this Court." Receivership Order, ¶ 1. The Fourth Receiver's Report, filed herewith, summarizes the Receiver's activities for the period from August 1, 2005 to July 31, 2006 with regard to the Receiver's duties under the Receivership Order.

**ARGUMENT**

The Receivership Order provides for a final report by the Receiver. Receivership Order, ¶ 10. Based upon its experience, the Receiver has determined that periodic reports will assist the Court in its oversight duties with respect to this Receivership. The periodic review and confirmation of the acts, transactions, receipts, and disbursements reported by the Receiver allows the Receiver to continue its activities and work as confirmed by the Court, and to adjust its activities if the Court so directs. Therefore, the Receiver moves this Court to approve and confirm the Fourth Receiver's Report for the period from August 1, 2005 to July 31, 2006. The Fourth Receiver's Report and a proposed Order are submitted concurrently herewith.

Respectfully submitted,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for Fairway Capital Corporation

Dated: October 10, 2006

By: /s/ Thomas W. Rigby

Thomas W. Rigby
(DC Bar No. 463532; Virginia Bar No. 34663)
Chief Counsel for SBIC Litigation,
Office of SBIC Enforcement,
Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., 7th Floor
Washington, DC 20416
Tel: (202) 619-1610
FAX: (202) 205-7154

Attorney for the Receiver

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing documents entitled "Motion of the U.S. Small Business Administration, as Receiver for Fairway Capital Corporation", "Memorandum of Law in Support Thereof", "Fourth Receiver's Report for the period August 1, 2005 to July 31, 2006 ", and [proposed] Order were served by First Class U.S. mail, postage prepaid, on October 10, 2006, 2006 upon the following:

Lisa Dinerman, Esq.
Assistant United States Attorney
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

Allan E. Hanson, Esq.
District Counsel
SBA Providence District Office
380 Westminster Mall, 5th Floor
Providence, Rhode Island 02903

Arlene P. Messinger, Esq.
Assistant General Counsel/SBIC Enforcement
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416

Robert Corrente, Esq.
Christopher Bush, Esq.
Hinckley, Allen & Snyder LLP
1500 Fleet Center
Providence, Rhode Island 02903

Andrew S. Richardson, Esq.
Ch. 7 Trustee
C.R. Amusements, LLC
182 Waterman Street
Providence, Rhode Island 02906

Frank D. Kirby, Esq.
Douglas J. Gervolino, Esq.
Kirby & Marullo
314 West Second Street
South Boston, Massachusetts 02127

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15e
Warwick, Rhode Island 02886

Peter G. Berman, Esq.
Raskin & Berman
116 East Manning Street
Providence, Rhode Island 02906

Arnold Kilberg
Joan Kilberg
3554 Pine Lake Ct.
Delray Beach, FL 33445

Craig M. Scott, Esq.
Stacey Nakasian, Esq.
Duffy & Sweeney, Ltd.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Lawrence L. Goldberg, Esq.
96 Jefferson Boulevard
Warwick, Rhode Island 02888

Jeffrey H. Gladstone, Esq.
Robert K. Taylor, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, Rhode Island 02903

Thomas E. Carlotto, Esq.
Michael W. Carroll, Esq.
Schechtman, Halperin, Savage, LLP
86 Weybosset Street
Providence, Rhode Island 02903

Jeffrey S. Brenner, Esq.
Nixon Peabody, LLP
One Citizens Plaza, 7th Floor
Providence, Rhode Island 02903

Joseph M. DiOrio, Esq.
As Chapter 7 Trustee
10 Dorrance Street – Suite 1200
Providence, RI 02903

Joseph P. Ferrucci, Esq.
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Ronald Markoff, Esq.
Law Offices of Ronald Markoff
55 Pine Street, 3rd Floor
Providence, RI 02903

Theodore Orson, Esq.
55 Dorrance Street, Suite 400
Providence, RI 02903

Richard R. Beretta, Esq.
Maria J. Goncalves, Esq.
Adler, Pollock & Sheehan, P.C.
2300 Financial Plaza
Providence, RI 02903

Leonard DePasquale, Esq.
United States Trustee
United States Trustee's Office
10 Dorrance Street, Room 910
Providence, RI 02903

Wayne M. Kezirian, Esq.
Gaebe & Kezirian
128 Dorrance Street
Providence, RI 02903

Adam C. Robitaille, Esq.
Roberts, Carroll Feldstein & Pierce
Ten Weybosset Street
Providence, RI 02903

Richard Gemma, Esq.
MacAdams & Wieck
101 Dyer Street
Providence, RI 02903

Patrick T. Conley, Esq.
1445 Wampanoag Trail, Suite 203
East Providence, RI 02915

Neal J. McNamara, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903

Arlene M. Embrey, Esq.
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 FOURTHStreet, S.W.
Washington, D.C. 20416

Karen Davidson, Esq.
One Ship Street
Providence, Rhode Island 02903

Stephen A. Rodio, Esq.
Rodio & Brown, Ltd.
91 Friendship Street
Providence, Rhode Island 02903

Everett A. Petronio, Sr., Esq.
Law Offices of Everett A. Petronio, Inc.
1239 Hartford Avenue
P.O. Box 19040
Johnston, Rhode Island 02919

Cheryl Lynn Kilberg
2766 North Greenwood Avenue
Arlington Heights, Illinois 60004

Gary Dale Kilberg
90 Irving Avenue
Providence, Rhode Island 02906

Jennifer Leigh Kilberg
933 Watkins Street, N.W., Loft C
Atlanta, GA 30318

Merrill J. Friedmann, Esq.
Friedemann & Associates
462 Broadway
Providence, RI 02909

Robert E. Bollengier, Esq.
Stephen Browning House
In the Village of Apponaug
3214 Post Road
P.O. Box 7617
Warwick, RI 02887

Brian S. Stern
Principal Agent for the Receiver
SBA, as Receiver for Fairway Capital Corporation
666 Eleventh St., N.W. Suite 200
Washington, DC 20001

Kevin D. Heitke, Esq.
1452 Broncos Highway, Suite 203
P.O. Box 556
Harrisville, RI 02830-0556

Louis A. Geremia, Esq.
GEREMIA & DeMARCO, LTD.
1350 Division Road
West Warwick, RI 02893

BY: /s/ Elvira Hanson

# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff** | **Civil Case No. 00-035-L** |
| **v.** | **Judge Ronald R. Lagueux** |
| **FAIRWAY CAPITAL CORPORATION** | |
| | **[proposed] ORDER** |
| **Defendant** | |

**ORDER APPROVING THE FOURTH RECEIVER'S REPORT FOR THE PERIOD AUGUST 1, 2005 TO JULY 31, 2006**

THIS CAUSE COMING on the Motion of the U.S. Small Business Administration, as Receiver for Fairway Capital Corporation and the Fourth Receiver's Report for the period from August 1, 2005 to July 31, 2006 (the "Fourth Receiver's Report"), and this Court being duly advised as to the merits,

THIS COURT FINDS that the acts, transactions, receipts, and disbursements described in the Fourth Receiver's Report were in the best interests of the receivership estate and should be approved and confirmed as described therein.

IT IS HEREBY ORDERED AND DECREED THAT:

The Fourth Receiver's Report and the acts, transactions, receipts, disbursements, and settlements reported therein are approved and confirmed as described therein.

SO ORDERED, this _____ day of ___________, 2006, at Providence, Rhode Island.

_______________________________
HONORABLE RONALD R. LAGUEUX
SENIOR UNITED STATES DISTRICT JUDGE