**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff** | **Civil Case No. 00-035-L** |
| v. | **Judge Ronald R. Lagueux** |
| **FAIRWAY CAPITAL CORPORATION** | |
| | **[redacted] ORDER** |
| **Defendant** | |

**ORDER APPROVING THE FOURTH RECEIVER'S REPORT FOR THE**
**<u>PERIOD AUGUST 1, 2005 TO JULY 31, 2006</u>**

THIS CAUSE COMING on the Motion of the U.S. Small Business Administration, as Receiver for Fairway Capital Corporation and the Fourth Receiver's Report for the period from August 1, 2005 to July 31, 2006 (the "Fourth Receiver's Report"), and this Court being duly advised as to the merits,

THIS COURT FINDS that the acts, transactions, receipts, and disbursements described in the Fourth Receiver's Report were in the best interests of the receivership estate and should be approved and confirmed as described therein.

IT IS HEREBY ORDERED AND DECREED THAT:

The Fourth Receiver's Report and the acts, transactions, receipts, disbursements, and settlements reported therein are approved and confirmed as described therein.

SO ORDERED, this 31st day of OCT., 2006, at Providence, Rhode Island.

HONORABLE RONALD R. LAGUEUX
SENIOR UNITED STATES DISTRICT JUDGE