**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 00-035L** |
| | ) | |
| **FAIRWAY CAPITAL CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**RECEIVER'S MOTION FOR AN ORDER APPROVING THE UNCONDITIONAL ASSIGNMENT BY FAIRWAY CAPITAL CORPORATION TO MONETA CAPITAL CORPORATION OF THE LOPES LIQUORS, INC. INVESTMENT**

NOW COMES the United States Small Business Administration ("SBA") as Receiver ("the Receiver") for Moneta Capital Corporation ("Moneta"), and by and through its undersigned counsel, hereby moves this Court for entry of an Order approving the unconditional assignment by the SBA as Receiver for Fairway Capital Corporation ("Fairway") to the Receiver for Moneta of the Lopes Liquors, Inc. investment.

As discussed in the Memorandum of Law and Affidavit of Christine Rishty, filed simultaneously herewith, Moneta bought the loan from Fairway pre-receivership in 1996 and paid full consideration for the loan. The loan documents were not, however, assigned to the Moneta Receiver and the Moneta Receiver cannot negotiate the check representing the proceeds of the loan payoff without such assignment. Therefore, the Receiver prays that this Court grant the Motion. A Motion seeking equivalent relief has also been filed in the Moneta Receivership Action, Civil Action No. 99-565. The Fairway Receiver has indicated it will not oppose either Motion.

WHEREFORE, the Receiver respectfully requests that this Court grant this Motion and enter the proposed Order submitted herewith.

Respectfully submitted,

U.S. Small Business Administration as
Receiver for Moneta Capital Corporation
By Its Attorneys

Dated: March 1, 2007

By: /s/ Thomas E. Carlotto

Thomas E. Carlotto #6088
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 (phone)
(401) 272-1403 (fax)

Dated: March 1, 2007

By: /s/ Arlene M. Embrey

Arlene M. Embrey
Trial Attorney
Office of General Counsel, 7th Floor
409 Third Street, S.W.
Washington, D.C. 20416
(202) 205-6976 (phone)
(202) 481-0324 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via electronic notice on the 1st day of March 2007 to the following:

- **Jeffrey S. Brenner**
  jbrenner@nixonpeabody.com ProEfile@nixonpeabody.com;mryone@nixonpeabody.com
- **Thomas E. Carlotto**
  tcarlotto@shslawfirm.com msisson@shslawfirm.com
- **Eugenia M. Carris**
  eugenia.carris@usdoj.gov
- **Robert Clark Corrente**
  robert.corrente@usdoj.gov paulette.gamache@usdoj.gov;usari-ecf@usdoj.gov
- **Joseph L. DeCaporale, Jr**
  j_decaporale@yahoo.com
- **William J. Delaney**
  wdelaney@tllaw.com
- **Joseph Michael DiOrio**
  jmdiorio@dioriolaw.com
- **Robert M. Duffy**
  rduffy@duffysweeney.com
- **Joseph P. Ferrucci**
  jferrucci@frlawri.com gabodeely@frlawri.com;cmulhearn@frlawri.com;la@frlawri.com
- **Jeffrey H. Gladstone**
  jhg@psh.com pds@psh.com
- **Lawrence L. Goldberg**
  mary@lg.necoxmail.com
- **William R. Grimm**
  wgrimm@haslaw.com
- **Kevin D. Heitke**
  kdh@kevinheitke.com
- **John J. Jacko, III**
  john.jacko@bipc.com
- **Stacey P. Nakasian**
  snakasian@duffysweeney.com ehanson@duffysweeney.com

- **Craig M. Scott**
  cscott@duffysweeney.com ehanson@duffysweeney.com

- **Robert K. Taylor**
  rkt@psh.com tlc@psh.com

I hereby certify that a true and correct copy of the foregoing was furnished via U.S. Mail, postage pre-paid on the 1st day of March 2007 to the following:

**Edward J. Bertozzi, Jr**
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

**Lisa Dinerman**
Rhode Island Supreme Court
250 Benefit Street
8th Floor
Providence, RI 02903

**Peter A. Frazier**
Rhode Island Airport Corporation
2000 Post Road
Warwick, RI 02886

**Douglas J. Gervolino**
Kirby & Marullo
314 West Second Street
South Boston, MA 02127

**Lawrence L. Goldberg**
96 Jefferson Blvd.
Warwick, RI 02888

**Gregory W. Hamilton**
319 Hope Street
Providence, RI 02906

**Arnold Kilberg**
Arnold Kilberg & co.
285 Governor Street
Providence, RI 02903

**Frank D. Kirby**
Kirby & Marullo
314 West Second Street

South Boston, MA 02127

**Arlene P. Messinger**
U.S. Small Business Administration
Chief Counsel, SBIC Litigation
409 Third St., SW, 7th Floor
Washington, DC 20416

**George M. Prescott, Jr.**
11 Lincoln Ave.
Lincoln, RI 02865

**Andrew S. Richardson**
182 Waterman Street
Providence, RI 02906

**Thomas W. Rigby**
U.S. Small Business Administration
409 3rd Street
S.W. 7th floor
Washington, DC 20416

**K. Joseph Shekarchi**
33 College Hill Road, Suite 15-E
Warwick, RI 02886

**Scott J. Summer**
Lawyers Collaborative
400 Reservoir Avenue
Suite 3A
Providence, RI 02907

/s/ Thomas E. Carlotto

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No.00-035L** |
| | ) | |
| **FAIRWAY CAPITAL CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MONETA RECEIVER'S MOTION FOR AN ORDER APPROVING THE UNCONDITIONAL ASSIGNMENT BY FAIRWAY CAPITAL CORPORATION TO MONETA CAPITAL CORPORATION OF THE LOPES LIQUORS, INC. INVESTMENT**

NOW COMES The U.S. Small Business Administration ("SBA"), as Receiver (the "Receiver") for Moneta Capital Corporation ("Moneta"), in support of its Motion for an Order Approving the Unconditional Assignment by Fairway Capital Corporation ("Fairway") to Moneta of the Lopes Liquors, Inc. investment hereby states as follows:

Moneta's books and records indicate that in May, 1996, Moneta purchased a loan investment made by Fairway to Lopes Liquors, Inc. Affidavit of Christine Rishty, ¶3, (hereinafter "Rishty Affidavit") attached hereto as Exhibit 1. Moneta paid $77,214.17 for the loan via check payable to Fairway that included payment for several other loans which Moneta purchased from Fairway at the same time. Rishty Affidavit, ¶4. The sale of the Lopes Liquors loan was reported by Fairway's then-president, Joseph Longo, in a letter to the SBA dated August 22, 1996. A true and correct copy of the letter is attached hereto as Exhibit 2 and incorporated by reference herein. The sale was also reported by Moneta to SBA via a letter dated October 18, 1996. A true and correct copy of the October 18, 1996 letter is attached hereto

as Exhibit 3 and incorporated by reference herein. Rishty Affidavit, ¶5.

After its appointment, the Moneta Receiver was unable to locate any written documents, other than financial records and the correspondence indicated above, memorializing the assignment and purchase of the Lopes Liquors loan by Moneta. Rishty Affidavit, ¶6. A review of Moneta's general ledger for the period August 1, 1996 through August 31, 1996 indicates that a payment to for $77, 214.17 was made as of August 19, 1996. The Fairway Receiver has also confirmed that it received payment in full from Moneta for the Lopes Liquor loan. Rishty Affidavit, ¶7.

In August, 2006, the Lopes Liquor loan was paid in full and the proceeds in the amount of $45,785.57 were forwarded to the Moneta Receiver. Rishty Affidavit, ¶8. The check evidencing the proceeds, however, was made out to the Moneta Receiver, as well as to the Fairway Receiver, as Fairway was the loan holder of record at the time. Thus, in order to negotiate the check representing the proceeds of the loan for which Moneta indisputably paid full consideration to Fairway, the Moneta Receiver must receive an unconditional assignment from the Fairway Receiver of Fairway's rights and interests in the Lopes Liquors loan. Rishty Affidavit, ¶9.

The Moneta Receiver is now requesting that this Court approve the unconditional assignment by Fairway since it involves a disposition of assets between the two court-appointed receivers. The Fairway Receiver has indicated it has no objection to this Motion or to executing an assignment. Additionally, the Moneta Receiver has filed an identical Motion on the Moneta receivership matter, United States v. Moneta Capital Corp., Civil Action 99-565, so that objections, if any, to the assignment can be heard by this Court in both receivership matters.

WHEREFORE, the Receiver respectfully requests that this Court enter an Order

approving the unconditional assignment of the Lopes Liquors, Inc. investment from the Fairway Receiver to the Moneta Receiver.

Respectfully submitted,

U.S. Small Business Administration as
Receiver for Moneta Capital Corporation
By Its Attorneys

Dated: March 1, 2007

By: /s/ Thomas E. Carlotto

Thomas E. Carlotto #6088
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 (phone)
(401) 272-1403 (fax)

Dated: March 1, 2007

By: /s/ Arlene M. Embrey

Arlene M. Embrey
Trial Attorney
Office of General Counsel, 7th Floor
409 Third Street, S.W.
Washington, D.C. 20416
(202) 205-6976 (phone)
(202) 481-0324 (fax)

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAIRWAY CAPITAL CORPORATION<br><br>Defendant. | ) | Civil Case No. 00-035L |

**AFFIDAVIT OF CHRISTINE M. RISHTY**

DISTRICT OF COLUMBIA | SS:

The undersigned, Christine M. Rishty, swears and says that:

1. I have served as a member of the Principal Agent for the U.S. Small Business Administration ("SBA" or "Receiver") in its capacity as the court-appointed Receiver of Moneta Capital Corporation ("Moneta") since October 2004. Moneta was placed in receivership, and SBA was appointed the Receiver for Moneta, by an Order of this Court dated February 2, 2000.

2. In my position as a member of the Principal Agent, I am responsible for the maintenance and safekeeping of the official books and records of Moneta.

3. Moneta's books and records indicate that in May, 1996, Moneta purchased a loan investment made by Fairway Capital to Lopes Liquors, Inc.

4. Moneta paid $77,214.17 for the loan via check payable to Fairway that included payment for several other loans which Moneta purchased from Fairway at the same time.

5. The sale of the Lopes Liquors Loan was reported by Fairway's then-president, Joseph Longo, in a letter to SBA dated August 22, 1996. The sale was also reported by Moneta to SBA via letter dated October 18, 2006.

6. After its appointment, the Moneta Receiver was unable to locate any written documents, other than financial records and the correspondence indicated above, memorializing the assignment and purchase of the Lopes Liquors loan by Moneta

7. A review of Moneta's general ledger for the period August 1, 1996 through August 31, 1996 indicates that a payment to for $77, 214.17 was made as of August 19, 1996. The Fairway Receiver has also confirmed that it received payment in full from Moneta for the Lopes Liquor loan.

8. In August, 2006, the Lopes Liquor loan was paid in full and the proceeds in the amount of $45,785.57 were forwarded to the Moneta Receiver.

9. The check evidencing the proceeds, however, was made out to the Moneta Receiver, as well as to the Fairway Receiver, as Fairway was the loan holder of record at the time. Thus, in order to negotiate the proceeds of the loan for which Moneta indisputably paid full consideration to Fairway, the Moneta Receiver must receive an unconditional assignment from the Fairway Receiver of Fairway's rights and interests in the Lopes Liquors loan.

"I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge."

Executed on this 27th day of February, 2007.

Christine M. Rishty

Sworn and subscribed to before me this 27th day of February, 2007.

Notary Public

My Commission expires: PATRICIA D. ROULHAC
Notary Public, District of Columbia
My Commission Expires November 14, 2011

EXHIBIT 2

Steve Jones

MEMBER
NATIONAL ASSOCIATION OF SMALL BUSINESS INVESTMENT COMPANIES

Financing
Investments
Equity Capital

FAIRWAY CAPITAL CORPORATION

99 Wayland Avenue
Providence Rhode Island 02906
Telephone 401-454-7500
Fax 401-455-3636

August 22, 1996

Ms. Elaine Hrushka
U. S. Small Business Administration
409 3rd Street, S.W., Suite 6350
Washington, DC 20416

Dear Elaine,

Re: Fairway Capital Corporation Sale of Loans

Moneta Capital Corporation has purchased fully, or participated in the following loans from Fairway Capital Corporation:

| Loan Number | Loan Name | Amount |
|---|---|---|
| 1260 | M. Earl Adams | $ 371,235.94 |
| 1310 | Antonelli Plating, Inc. | 41,985.65 |
| 1357 | Lopes Liquor, Inc. | 77,214.17 |
| 1466 | Mary's Motor Lodge, Inc. | 38,076.02 |
| 1799 * | Joshua Sears | 121,488.22 |
| 1220 * | Roseland Acres | 175,000.00 |
| | | $ 825,000.00 |

*Participation

Thank you for being so patient.

Very truly yours,

FAIRWAY CAPITAL CORPORATION

By: [signature]
Joseph Longo, Jr.
Executive Vice President

EXHIBIT 3

Moneta

October 18, 1996

Mr. Robert Laurino
Financial Analyst
Office of Investment
US Small Business Administration
409 Third Street, S.W.
Washington, DC 20416

Dear Bob:

I am responding to a portion of Walter Peterson's letter of September 27, 1996, specifically item number (2) referencing the $825,000 transaction.

A brief overview of this transaction is that Moneta Capital Corporation (Moneta) had $825,000.00 that it could invest. Fairway Capital Corporation (Fairway) had $825,000.00 worth of loans and participations to sell. The exchange took place as of July 31, 1996 and all of the $825,000.00 was sent to the SBA by Fairway to pay down its debentures. This seems like an excellent transaction in that Fairway is in liquidation and the SBA gets all the money.

The following detail is on each of the loans purchased or participated in:

**LOAN #1260 - M. EARL ADAMS**

This borrower runs a machine shop operation in Johnston, Rhode Island. They deal in both government and non-government contracts.

The original loan of $650,000 was made August 28, 1990 and as of July 31, 1996 had a principal balance of $371,235.94 and interest accrued of $31,610.00. Moneta bought the loan for the principal balance of $371,235.94 as of July 31, 1996, leaving the accrued interest of $31,610.00 due to Fairway. The accrued interest of $31,610.00 was paid by Moneta to Fairway in full on October 4, 1996 after Moneta received a payment on the loan of $200,303.52 from the sale of some of the collateral as well as unencumbered assets. Fairway was paid the full value of its loan.

*Collateral Value:*

1. A lien on all corporate assets, including but not limited to machinery and equipment, accounts receivable, inventory, general intangibles, furniture and fixtures.

   (i) including minimum machinery and equipment of a liquidation value, as indicated by an appraisal satisfactory to Lender, of Six Hundred Four Thousand Dollars ($604,000.00);

   (ii) minimum inventory as indicated by an inventory schedule dated on or about June 4, 1990, showing at least Two Hundred Fifty Thousand Dollars ($250,000.00) worth of current inventory (as defined in accordance with generally accepted accounting principles);

   (iii) minimum accounts receivable of One Hundred Fifty Thousand Dollars ($150,000.00), reasonably determined by Lender and Borrower to be collectible, as evidenced by listing and aging delivered to Lender in form and substance satisfactory to Lender.

2. A first mortgage on the real property occupied by the Borrower as its principal place of business at Peck Hill Road, Johnston, Rhode Island (owned by M.E. Adams Realty Corporation) and a market value of $250,000.00.

3. A first mortgage on vacant land with sufficient frontage for eight (8) house lots on Peck Hill Road, Johnston, Rhode Island (owned by M. Earl Adams Realty Corporation) including evidence of ability to comply with zoning and subdivision requirements and survey satisfactory to Lender.

4. A first mortgage on house and pool (corner lot and adjacent lot) located on Set-N-Sun Drive, Hope, Rhode Island (owned by M. Earl Adams, Jr.), valued at $225,000.00.

5. A first mortgage on approximately One Hundred (100) acres located in Exeter, Rhode Island (owned by M. Earl Adams, III), valued at $150,000.00.

October 18, 1996
Mr. Robert Laurino
Financial Analyst



6. Subordination and Pledge Agreement of Four Hundred Thousand Dollars ($400,000.00) Promissory Note, as subordinated by payee thereof, M. E. Adams Realty Corporation.

**LOAN #1310 - ANTONELLI PLATING INC.**

This borrower runs a plating company in Providence, Rhode Island. It is a two generation company that has been in business for forty-eight years.

The original loan of $100,000.00 was made March 13, 1991 and as of July 31, 1996 had a principal balance of $41,985.65 and interest accrued of $320.00. Moneta bought the loan for the principal balance of $41,985.65 as of July 31, 1996 leaving the accrued interest of $320.00 due to Fairway. The accrued interest of $320.00 was paid by Moneta to Fairway in full on October 17, 1996. Fairway was paid the full value of its loan.

***Collateral Value:***

1. A first mortgage on property located in Bridport, Vermont with an assessed value of $214,900.00 and a market value of $250,000.00.

2. Lien on all inventory estimated at $150,000.00.

3. Lien on receivables estimated at $175,000.00.

4. Lien on all machinery and equipment estimated at $250,000.00.

**LOAN #1357 - LOPES LIQUORS**

This borrower ran a now closed liquor store in Pawtucket, Rhode Island.

The original loan of $100,000.00 was made April 26, 1991 and as of July 31, 1996 had a principal balance of $77,214.17 and interest accrued of $1,648.00. Moneta bought the loan for the principal balance of $77,214.17 leaving the accrued interest of $1,648.00 due to Fairway. Moneta has not paid the accrued interest yet.

*Collateral Value:*

1. A first mortgage on real property located at 151 Benefit Street, Pawtucket, Rhode Island valued at $125,000.00.

**LOAN #1466 - MARY'S MOTOR LODGE**

This loan was made by Moneta, the lead lender, on a twenty-two (22) unit motel located on heavily traveled Route 6 in Seekonk, Massachusetts. The purchase price was $650,000.00 on February 8, 1996.

The original loan of $400,000.00 was made on February 8, 1996 by Moneta and participated to Fairway and Wallace Capital (Wallace). The combination of this loan and $250,000.00 in cash from the buyers was used to pay down a delinquent loan to the sellers called Chateau Enterprises (Chateau). Fairway, Moneta and Wallace were the lenders in the Chateau loan.

As of July 31, 1996, Fairway had a principal balance of $38,076.02 and interest accrued of $377.00 in its participation. Moneta bought the participation for the principal balance of $38,076.02 as of July 31, 1996, leaving the accrued interest of $377.00 due to Fairway.

*Collateral Value:*

1. A first mortgage on the real property located at 1159 Fall River Avenue, Seekonk, Massachusetts recently sold for $650,000.00.

2. Lien on all building equipment valued at $35,000.00.

3. Assignment of leases and rentals.

**LOAN #1220 - ROSELAND ACRES**

This loan is on a horse farm and riding academy located in Tiverton, Rhode Island. Wallace is the lead lender with Fairway a 50% participant. The property is being sold for $600,000.00. The buyers are putting $250,000.00 in cash and Wallace is lending $350,000.00 with Fairway still a 50% participant. Moneta has purchased a $175,000.00 portion of Fairway's participation as of July 31, 1996 with no accrual due Fairway by Moneta.

*Collateral Value:*

1. A first mortgage on the real property occupied by the borrower and about to be purchased for $600,000.00.

**LOAN #1799 - JOSHUA SEARS**

This is a bed and breakfast located in Yarmouth, Massachusetts. Wallace is the lead lender in this loan. Fairway is a participant. The property was sold for $380,000.00 in 1996, and the borrower is renovating the property at an estimated cost of $100,000.00. The borrower has secured financing from other sources to pay for the renovations. Fairway has a participation of 40% of this loan equaling $198,333.34 and has sold a portion of its participation to Moneta in the amount of $121,488.22 with no accrued interest due to Fairway by Moneta.

*Collateral Value:*

1. First mortgage on land, buildings and equipment currently valued at $480,000.00.

2. Moneta has a first out on its participation.

Bob, I hope this explanation satisfies any question that this transaction represented a fair value to Moneta, and eliminates any conflict question.

Very truly yours,

MONETA CAPITAL CORPORATION

By: Joseph Longo, Jr.
President

JL/pc