**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FAIRWAY CAPITAL CORPORATION**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Case No. 00-035L** |

**ORDER**

This matter is before this Court upon the Motion of the United States Small Business Administration ("SBA") as Receiver ("the Receiver") for Moneta Capital Corporation ("Moneta") for entry of an Order Approving the Unconditional Assignment by the Receiver for Fairway Capital Corporation ("Fairway") to the Receiver for Moneta of the Lopes Liquors, Inc. investment.

After a careful review of the pleadings in this matter, it is hereby **ORDERED**

1. That the Moneta Receiver's Motion is granted in its entirety;

2. That the Fairway Receiver is hereby authorized and ordered to execute an unconditional assignment in favor of Moneta Capital Corporation for all of Fairway's rights and interest in the Lopes Liquors. Inc. investment; and

3. The Fairway Receiver and Moneta Receiver are hereby authorized to take whatever actions are necessary to carry out the provisions of this Order without further order of this Court.

**IT IS SO ORDERED.**

**Dated:** 3/21/07

Ronald R. Lagueux
**THE HONORABLE RONALD LAGUEUX**
**UNITED STATES DISTRICT COURT JUDGE**