UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., Plaintiffs, | |
| v. | Civil Action No. 00-035-RL |
| FAIRWAY CAPITAL CORPORATION, Defendant. | |

**SUBSTITUTION OF APPEARANCE**

Please enter my appearance in the above-captioned case as counsel for Plaintiff, United States of America, in substitution for Special Attorney, D.R.I. Eugenia M. Carris. The undersigned has been appointed a Special Attorney for the District of Rhode Island by the Executive Office of United States Attorneys for the above and all related matters.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Christopher Donato

Christopher Donato
Assistant U.S. Attorney
*and Special Attorney, D.R.I.*
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303
Fax No. (617) 748-3969

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

Dated: March 27, 2007

/s/Christopher Donato
Christopher Donato
Assistant U.S. Attorney
*and Special Attorney, D.R.I.*