UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., Plaintiffs, | ) | |
| v. | ) | Civil Action No. 00-035-RL |
| FAIRWAY CAPITAL CORPORATION, Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw my appearance as counsel for the Plaintiff, United States of America, in the above-captioned matter. A Notice of Substitution has been filed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney
*and Special Attorney, D.R.I.*
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3376

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/Eugenia M. Carris
Assistant United States Attorney
*and Special Attorney, D.R.I.*

Dated: March 27, 2007