00-00035
USDC/RI
Laguex, J

# United States Court of Appeals
## For the First Circuit

No. 06-2023

UNITED STATES OF AMERICA,
Plaintiff, Appellee,

v.

MANDATE

FAIRWAY CAPITAL CORPORATION,
Defendant,

GOVERNMENT OF THE VIRGIN ISLANDS,
Claimant, Appellant,

THE LAW OFFICES OF HOLLAND & KNIGHT, LLP,
as Counsel to Joseph M. DiOrio, Trustee for Arnold Kilberg;
HENRY D. VARA; FRANCIS DIMENTO; JAMES C. CALLAHAN,
Claimants.

**JUDGMENT**
Entered: April 11, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 6/7/07

By the Court:

Richard Cushing Donovan, Clerk

[cc: Ms. Carris, Ms. Dinerman, Mr. Rigby, Mr.DeCaporale, Mr. Summer, Mr. DiOrio, Mr. Heitke, Mr. Richardson, Mr. Frazier, Mr. Goldberg, Mr. Delaney, Mr. Corrente, Mr. Grimm, Mr. Galdstone, Mr. Taylor, Mr. Brenner, Mr. Tepper, & Mr. Jacko. ]