# United States Court of Appeals
## For the First Circuit

---

No. 06-2023

UNITED STATES OF AMERICA,
Plaintiff, Appellee,

v.

FAIRWAY CAPITAL CORPORATION,
Defendant,

---

GOVERNMENT OF THE VIRGIN ISLANDS,
Claimant, Appellant,

THE LAW OFFICES OF HOLLAND & KNIGHT, LLP,
as Counsel to Joseph M. DiOrio, Trustee for Arnold Kilberg;
HENRY D. VARA; FRANCIS DIMENTO; JAMES C. CALLAHAN,
Claimants.

---

ERRATA SHEET

The opinion of this Court issued on April 11, 2007, is amended as follows:

On page 23, line 1, "1918" should be replaced with "1915".