**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff** | ) | **Civil Case No. 00-035-L** |
| v. | ) | **Judge Ronald R. Lagueux** |
| **FAIRWAY CAPITAL CORPORATION** | ) | |
| **Defendant** | ) | **[[redacted]] ORDER** |

**ORDER APPROVING THE FIFTH RECEIVER'S REPORT FOR THE PERIOD AUGUST 1, 2006 TO JULY 31, 2007**

THIS CAUSE COMING on the Motion of the U.S. Small Business Administration, as Receiver for Fairway Capital Corporation and the Fifth Receiver's Report for the period from August 1, 2006 to July 31, 2007 (the "Fifth Receiver's Report"), and this Court being duly advised as to the merits,

THIS COURT FINDS that the acts, transactions, receipts, disbursements, and settlements described in the Fifth Receiver's Report were in the best interests of the receivership estate and should be approved and confirmed as described therein.

IT IS HEREBY ORDERED AND DECREED THAT:

1) This Court hereby approves and confirms the Fifth Receiver's Report and the acts, transactions, receipts, and disbursements reported therein.

2) This Court hereby approves and confirms the discharge of Fairway's junior mortgage in the Joan Cerilli residence by the Receiver in exchange for payment of $268,164 from the net proceeds of the sale of the residence by the Joan Cerilli Estate.

SO ORDERED, this 12th day of DEC., 2007, at Providence, Rhode Island.

Ronald R. Lagueux

HONORABLE RONALD R. LAGUEUX
SENIOR UNITED STATES DISTRICT JUDGE