**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 2000-035L |
| v. | : | |
| | : | |
| FAIRWAY CAPITOL CORPORATION | : | |
| | : | |
| Defendant. | : | |

**WITHDRAWAL OF APPEARANCE**

To the Clerk:

Kindly withdraw the appearance of John J. Jacko III, Esquire of the law firm of BUCHANAN INGERSOLL & ROONEY PC on behalf of Claimant, Government of the Virgin Islands.

/s/ John J. Jacko III
John J. Jacko, III, Esquire
PA I.D. No.: 67477

Dated: March 14, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of Withdrawal of Appearance via regular mail on the following counsel for the parties:

Eugenia M. Carris, Esquire
U.S. Attorney's Office
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Lisa Dinerman, Esquire
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Thomas W. Rigby, Esquire (via Overnight Delivery)
U.S. Small Business Administration
Office of General Counsel
409 3rd Street, S.W. 7th Floor
Washington, DC 20416

Joseph L. DeCaporale, Jr., Esquire
400 Reservoir Avenue
Providence, RI 02905

Scott J. Summer, Esquire
Montaquila & Summer, P.C.
Calart Tower
400 Reservoir Avenue, Suite 3A
Providence, RI 02907

Kevin D. Heitke, Esquire
P.O. Box 556
Harrisville, RI 02830

Andrew S. Richardson, Esquire
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906

Lawrence Lou Goldberg, Esquire
Lawrence L. Goldberg Law Associates
96 Jefferson Boulevard
Warwick, RI 02888

William J. Delaney, Esquire
Tillinghast Licht LLP
10 Weybosset Street, 10th Floor
Providence, RI 02903-1288

Arlene P. Messinger, Esquire
U.S. Small Business Administration
Chief Counsel, SBIC Litigation
409 Third Street, S.W., 7th Floor
Washington, DC 20416

Craig M. Scott, Esquire
Robert M. Duffy, Esquire
Stacey P. Nakasian, Esquire
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Edward J. Bertozzi, Jr., Esquire
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Thomas E. Carlotto, Esquire
Shechtman Halperin Savage LLP
86 Weybosset Street
Providence, RI 02903

William Richard Grimm, Esquire
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Jeffrey H. Gladstone, Esquire
Robert K. Taylor, Esquire
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

/s/ John J.Jacko III
John J. Jacko III

Dated: March 14, 2008